UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 24-00262-ELG<br>(Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATEMENT REGARDING NO FEDERAL TAX RETURNS

I, Daniel Huertas, am of lawful age, have personal knowledge of the facts set forth herein, and am competent to testify to the matters stated herein.

1. I am the principal of WCP Fund I LLC which is an owner of JPK NewCo, LLC (the "Debtor") and the Manager of the Debtor.

2. The Debtor was formed on February 1, 2024.

3. Having no income or expenses to report in tax year 2024, the Debtor has not yet been required to file any Federal tax returns and has not yet filed any Federal tax returns.

Pursuant to 28 U.S.C. § 1746, under penalties of perjury, I certify that the foregoing statements are true and correct.

\s\ Daniel Huertas
Daniel Huertas