Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Special Counsel to the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-200-ELG |
| | ) | (Chapter 11) |
| JPK NEWCO LLC | ) | |
| | ) | |
| Debtor. | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO
APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM, LLC AS SPECIAL
<u>LITIGATION COUNSEL TO JPK NEWCO LLC</u>**

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice before the highest courts of the District of Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well as before the Supreme Court of the United States; as well as before the United States Courts of

1

Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

3. I maintain a mailing address in the state of Nevada of 1452 W. Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a mailing address of 1050 Connecticut Avenue, Suite 500, Washington, District of Columbia 20036. I also maintain a mailing address of 9812 Falls Road, #114-160, Potomac, Maryland 20854.

4. I represent WCP Fund I LLC ("WCP") and DP Capital LLC ("DPCL") in connection with various bankruptcy and litigation matters, while also offering ongoing counsel to the two entities in connection with several other matters, and I have done so for several years.

5. I represent SF NU, LLC ("SNL"), Russell Drazin ("Mr. Drazin") and Daniel Huertas ("Mr. Huertas") in the matter of *Developer RE1 LLC, et al. v. WCP Fund I LLC, et al.*, (the "RE1 Litigation") and have represented each of those parties—alongside WCP and DPCL—in the RE1 Litigation (as well as in a related, now-consolidated case) since the onset of the RE1 Litigation (or, with SNL, since the entity was joined in the RE1 Litigation).

6. I have also represented JPK in the RE1 Litigation since prior to JPK's formal joinder in that litigation.

7. I have represented SNL, derivatively, through WCP, on several occasions in the past, and I have furnished counsel to Mr. Huertas on various occasions in the past.

8. Through my representation of various defendants in the RE1 Litigation, I am eminently familiar with the RE1 Litigation, the facts alleged therein, the legal issues implicated by the proceedings, and the various strategies being pursued by the defendants therein.

9. The interests of JPK NewCo LLC ("JPK" or the "Debtor") are aligned with those of WCP, DPCL, SNL, and Mr. Huertas insofar as the RE1 Litigation is concerned; these various

2

defendants share a unified interest in achieving a result whereby the holders of commercial promissory notes and deeds of trust are permitted to exercise the various post-breach remedies set forth therein.

10. The interests of JPK are not adverse to those of Mr. Drazin insofar as the RE1 Litigation is concerned. While Mr. Drazin's interests are not coterminous with those of his co-defendants, they are also not in conflict with those of his co-defendants, and I carefully performed a conflict analysis prior to representing Mr. Drazin and his co-defendants in the RE1 Litigation.

11. I have extensive experience litigating commercial disputes before this Honorable Court, other bankruptcy courts, federal district courts, federal circuit courts of appeal, and state courts, including having served as lead trial counsel in numerous cases tried before judges and juries.

12. While I have previously performed legal work for the benefit of JPK, neither my firm nor I are a creditor of JPK.

13. Excepting those disclosed above, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

14. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

*[Signature on Following Page]*

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: May 28, 2025          By:     /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig, Esq.
                                     Bar No. MD18071
                                     The VerStandig Law Firm, LLC
                                     1452 W. Horizon Ridge Pkwy, #665
                                     Henderson, Nevada 89012
                                     Phone: (301) 444-4600
                                     mac@mbvesq.com