## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> JPK Newco, LLC, <br><br> Debtor. | Case No. 25-00200-ELG <br><br> Chapter 11 – Subchapter V |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Stephen Metz
> Offit Kurman, P.A.
> 7501 Wisconsin Avenue, Suite 1000W
> Bethesda, Maryland 20814
> Phone: (240) 507-1700
> Email: smetz@offitkurman.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice.

May 29, 2025

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By:  */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

   I hereby certify that on May 29, 2025, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Jeffrey M. Orenstein jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                */s/ Robert W. Ours*
                Robert W. Ours
                Paralegal Specialist