Stephen A. Metz, Esq. (463044)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
*Subchapter V trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**JPK NEWCO LLC**<br><br>**Debtor.** | Case No. 25-00200-ELG<br><br>(Chapter 11 – Subchapter V) |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

(d) I served as the Subchapter V trustee in Debtor's prior bankruptcy case, Case No. 24-00262 and was fully paid for my services. I have the following connection in matters unrelated to the Debtor: The law firm in which I am a principal, Offit Kurman, P.A.,

1. Represented an entity that bought a tax sale certificate and filed a complaint to foreclose the right of redemption. The taxes were redeemed and the case dismissed. Daniel Huertas was listed as adverse in that matter.

      2. Represented an entity (as borrower) in negotiations for a forbearance agreement with WCP Fund 1, LLC.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $600.00 (for services provided in 2025), in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: May 28, 2025

*/s/ Stephen Metz*
Stephen Metz, Bar No. 463044
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com

4936-2632-3527, v. 1