| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | JPK Newco, LLC<br>Name | EIN: | 99–1758059 |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11    5/27/25 |
| Case number: | 25–00200–ELG | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/22

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | JPK Newco, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey M. Orenstein<br>Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20852 | Contact phone 301–250–7232<br>Email: jorenstein@wolawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | None | Contact phone _____<br>Email: None |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br>Contact phone (202) 354–3280<br>Date: 5/29/25 |

**For more information, see page 2 >**

Debtor **JPK Newco, LLC**        Case number **25-00200-ELG**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **June 30, 2025 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephone #: (877) 465-7076,** <br> **Passcode: 7191296** |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007-1. | |

| | | |
|---|---|---|
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 8/5/25 |
| | **For a governmental unit:** | 11/24/25 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| | | |
|---|---|---|
| **9. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint:** | 8/29/25 |

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | |
|---|---|
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
District of Columbia

In re:  Case No. 25-00200-ELG
JPK Newco, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3
Date Rcvd: May 29, 2025     Form ID: 309F2     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 787072 | + | 423 Kennedy St Holdings LLC, c/o Mel Negussie, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787073 | + | 423 Kennedy St Holdings, LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787074 | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| 787075 | + | Daniel Huertas, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| 787077 | + | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787076 | + | Developer RE1 LLC, Greenstein Delorme & Luchs, PC, 801 17th Street, NW, Suite 1000, Washington, DC 20006-3967 |
| 787078 | + | Developer RE1 LLC c/o Mel Negussie, Resident, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787079 | + | Greenstein Delorme & Luchs, P.C., attn: James Sadowski, 801 17th Street N.W., Suite 1000, Washington, DC 20006-3967 |
| 787080 | + | Hirschler Fleischer attn: Kristen E. Burgers,, 1676 International Drive, Suite 1350, McLean, VA 22102-4940 |
| 787081 | + | Russell Drazin, 4400 Jennifer Street, N.W., Suite 2, Washington, DC 20015-2089 |
| 787082 | + | SF NU, LLC, 1455 Research Blvd, Suite 510, Rockville, MD 20850-6189 |
| 787083 | + | Shaheen Sariri, Hirfschler Fleicher, PC, 1676 International Drive, Suite 1350, McLean, VA 22102-4940 |
| 787084 | + | WCP Fund I LLC, 8401 Greensborgo Drive, Suite 960, McLean, VA 22102-5149 |
| 787085 | + | Wendell W. Webster, Trustee, 1101 Connecticut Ave., NW, Suite 402, Washington, DC 20036-4303 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jorenstein@wolawgroup.com | May 29 2025 22:31:00 | Jeffrey M. Orenstein, Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20852 |
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 29 2025 22:31:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| smg | + | Email/Text: angela.coleman@dc.gov | May 29 2025 22:31:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | May 29 2025 22:16:05 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2025 22:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | May 29 2025 22:16:10 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |

Case 25-00200-ELG   Doc 12   Filed 05/31/25   Entered 06/01/25 00:04:36   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: 309F2 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: atlreorg@sec.gov | May 29 2025 22:31:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | May 29 2025 22:31:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 29 2025 22:31:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey M. Orenstein | on behalf of Debtor In Possession JPK Newco LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession JPK Newco LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1 | User: admin | Page 3 of 3
Date Rcvd: May 29, 2025 | Form ID: 309F2 | Total Noticed: 27
TOTAL: 8