1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

  JPK NEWCO, LLC

CASE NO: 25-00200

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 6/2/2025, I did cause a copy of the following documents, described below,

Scheduling Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

JPK NEWCO, LLC

CASE NO: 25-00200

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 6/2/2025, a copy of the following documents, described below,

Scheduling Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CLASS SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                         DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING  JPK NEWCO  LLC               WASHINGTON  DC
NCRS ADDRESS DOWNLOAD             8401 GREENSBORO DRIVE         E BARRETT PRETTYMAN U S COURTHOUSE
CASE 25-00200                     SUITE 960                     333 CONSTITUTION AVE  NW 1225
DISTRICT OF DISTRICT OF COLUMBIA  MCLEAN  VA 22102-5149         WASHINGTON  DC 20001-2802
MON JUN 2 9-46-49 PST 2025


423 KENNEDY ST HOLDINGS LLC  CO MEL   423 KENNEDY ST HOLDINGS  LLC    CHARLES PAXTON PARET
NEGUSSI                               1629 K STREET NW               343 FIRST STREET
1629 K STREET NW                      SUITE 300                      BERRYVILLE  VA 22611-1605
SUITE 300                             WASHINGTON  DC 20006-1631
WASHINGTON  DC 20006-1631


DANIEL HUERTAS                    DEVELOPER RE1 LLC              DEVELOPER RE1 LLC
8401 GREENSBORO DRIVE             1629 K STREET NW              GREENSTEIN DELORME  LUCHS  PC
SUITE 960                         SUITE 300                     801 17TH STREET  NW  SUITE 1000
MCLEAN  VA 22102-5149             WASHINGTON  DC 20006-1631     WASHINGTON  DC 20006-3967


DEVELOPER RE1 LLC CO MEL NEGUSSIE     GREENSTEIN DELORME  LUCHS  PC   HIRSCHLER FLEISCHER ATTN KRISTEN E
RESIDENT                              ATTN JAMES SADOWSKI            BURGERS
1629 K STREET NW                      801 17TH STREET NW             1676 INTERNATIONAL DRIVE
SUITE 300                             SUITE 1000                     SUITE 1350
WASHINGTON  DC 20006-1631             WASHINGTON  DC 20006-3967      MCLEAN  VA 22102-4940


RUSSELL DRAZIN                    SF NU  LLC                    SHAHEEN SARIRI
4400 JENNIFER STREET  NW          1455 RESEARCH BLVD            HIRFSCHLER FLEICHER  PC
SUITE 2                           SUITE 510                     1676 INTERNATIONAL DRIVE  SUITE 1350
WASHINGTON  DC 20015-2089         ROCKVILLE  MD 20850-6189      MCLEAN  VA 22102-4940


U S TRUSTEE FOR REGION FOUR       WCP FUND I LLC                WENDELL W WEBSTER  TRUSTEE
U S TRUSTEES OFFICE               8401 GREENSBORGO DRIVE        1101 CONNECTICUT AVE  NW
1725 DUKE STREET                  SUITE 960                     SUITE 402
SUITE 650                         MCLEAN  VA 22102-5149         WASHINGTON  DC 20036-4303
ALEXANDRIA  VA 22314-3489


JEFFREY M ORENSTEIN               MAURICE BELMONT VERSTANDIG    STEPHEN A METZ
WOLFF  ORENSTEIN  LLC             THE VERSTANDIG LAW FIRM  LLC  OFFIT KURMAN  PA
15245 SHADY GROVE ROAD            9812 FALLS ROAD               7501 WISCONSIN AVE  SUITE 1000W
SUITE 465                         114-160                       BETHESDA  MD 20814-6604
ROCKVILLE  MD 20850-7203          POTOMAC  MD 20854-3976
```