GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (D.C. Bar # 446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com
*Counsel for Developer RE1, LLC and*
 *423 Kennedy St Holdings, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

    *Debtor*.

Case No.:  25-00200-ELG
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Developer RE1, LLC ("Developer RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy"), by counsel, request that pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and email address:

    James D. Sadowski, Esq.
    Greenstein DeLorme & Luchs, P.C.
    801 17th Street, N.W., Suite 1000
    Washington, D.C.  20006
    Phone:  (202) 452-1400
    Fax:  (202) 452-1410
    Email:  jds@gdllaw.com

8161\0002\4901-5131-7577.v1

Developer RE1 and 423 Kennedy are impacted by the filing of this Chapter 11 case, which they believe is another sham, bad faith filing by a company with no valid business purpose.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive either Developer RE1's or 423 Kennedy's: (i) position that this case was filed in bad faith; (ii) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (iii) right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding; (iv) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (v) right to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

                                Respectfully submitted,

                                GREENSTEIN DELORME & LUCHS, P.C.

Dated:  June 3, 2025                /s/ James D. Sadowski
                                James D. Sadowski, D.C. Bar No. 446635
                                801 17th Street, N.W., Suite 1000
                                Washington, D.C.  20006
                                Phone:  (202) 452-1400
                                Fax: (202) 452-1410
                                Emails:  jds@gdllaw.com
                                *Counsel for Developer RE1, LLC and*
                                 *423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2025, a true copy of the foregoing Notice of Appearance and Request for Service of Papers should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

                                /s/ James D. Sadowski
                                James D. Sadowski