UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                                    *

JPK NewCo, LLC                                   *    Case No. 25-00200-ELG
                                                              Chapter 11 (Subchapter V)

                            Debtor              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>CORPORATE OWNERSHIP STATEMENT</u>

        Pursuant to Federal Rule of Bankruptcy Procedure 1007 and 7007.1, and to enable the

Judges to evaluate possible disqualification or recusal, the undersigned certifies that the

following are entities, other than the debtor or a governmental unit, that directly or indirectly own

10% or more of any class of the Debtor's equity interests:

WCP Fund I LLC
8401 Greensboro Drive
Suite 960
McLean, Virginia 22102
70.56%

SF NU, LLC
1455 Research Blvd.
Suite 510
Rockville, Maryland 20850
29.44%

                                Respectfully submitted,


                                [signature on following page]


Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC          1

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of June, 2025, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

\s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC          2