UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                              *

JPK NewCo, LLC                                      *    Case No. 25-00200-ELG
                                                         Chapter 11 (Subchapter V)
      Debtor                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE OF NOTICE OF COMMENCEMENT OF CASE

I HEREBY CERTIFY that, pursuant to Bankruptcy Rule 2015(a)(4) and this Court's Scheduling Order [Dkt. 11], on the 3rd day of June, 2025, a copy of the Notice of Chapter 11 Bankruptcy Case was sent via first class mail, postage pre-paid to:

Richard M. Adams, Jr., CEO
United Bank
11185 Fairfax Blvd
Fairfax, Virginia 22030

                                               Respectfully submitted,

                                               \s\ Jeffrey M. Orenstein
                                               JEFFREY M. ORENSTEIN (#428335)
                                             Wolff, & Orenstein, LLC
                                             15245 Shady Grove Road
                                             North Lobby, Suite 465
                                             Rockville, Maryland  20850
                                             (301) 250-7232
                                             jorenstein@wolawgroup.com

                                             Proposed Attorneys for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC       1