IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

    *Debtor*.

Case No.: 25-00200-ELG
Chapter 11

### NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO DEVELOPER RE1, LLC'S AND 423 KENNEDY ST. HOLDINGS, LLC'S MOTION TO DISMISS CHAPTER 11 PETITION FILED IN BAD FAITH

NOTICE IS HEREBY GIVEN that Developer RE1, LLC ("RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy") (collectively the "Borrowers"), each a party-in-interest in this case, by undersigned counsel, have filed a Motion to Dismiss Chapter 11 Petition Filed in Bad Faith ("Motion to Dismiss). The Motion to Dismiss seek a dismissal of this case for cause.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

NOTICE OF DEADLINE TO OBJECT: If you do not want the court to grant the Motions, or if you want the Court to consider your views on the Motions, then on or before **July 23, 2025,** you or your attorney must file with the Court a written objection to the Motions, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

8161\0002\4925-3774-4720.v1

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above. You must also mail a copy of your objection to:

> James D. Sadowski, Esq.
> Greenstein DeLorme & Luchs, P.C.
> 801 17th Street, N.W., Suite 1000
> Washington, DC  20006
> *Counsel for Plaintiffs Developer RE1, LLC*
>   *and 423 Kennedy St. Holdings, LLC*

NOTICE OF HEARING:  A hearing on the Motion to Dismiss has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **July 30, 2025 at 10:00 a.m.**  The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman Courthouse, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government.  All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing expectations.  For the Zoom meeting code, you may contact Courtroom Deputy Aimee Mathewes by email at Aimee_Mathewes@dcb.uscourts.gov.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion to Dismiss and may enter an order granting the relief requested. Parties in interest with questions may contact the undersigned.

                                              Respectfully submitted,

                                              GREENSTEIN DELORME & LUCHS, P.C.

Dated:  June 23, 2025                       /s/ James D. Sadowski
                                              James D. Sadowski, DC Bar. No. 446635
                                              Alexandria J. Smith, DC Bar. No. 1673542
                                              801 17th Street, N.W. - Suite 1000
                                              Washington, DC  20006
                                              Telephone: (202) 452-1400 ext. 5407
                                              Email:   jds@gdllaw.com; ajs@gdllaw.com
                                              *Counsel for Plaintiffs Developer RE1, LLC and*
                                                  *423  Kennedy St. Holdings, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of June, 2025, a true copy of this Notice of Hearing and Opportunity to Object to Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Motion to Dismiss Chapter 11 Petition Filed in Bad Faith was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

                                                /s/ James D. Sadowski
                                                James D. Sadowski