The order below is hereby signed.

Signed: June 26 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                          *

JPK NewCo, LLC                                  *   Case No. 25-00200-ELG
                                                    (Chapter 11)
       Debtor                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION TO EMPLOY
WOLFF & ORENSTEIN, LLC AS ATTORNEYS FOR DEBTOR

The Court having conducted a hearing on June 25, 2025, to consider the Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for the Debtor (the "Application") and the Verified Statement of Jeffrey M. Orenstein, no opposition to the Application having been filed, the Court having determined that Jeffrey M. Orenstein is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia, and for the reasons stated on the record in open Court, having determined that Jeffrey M. Orenstein and Wolff & Orenstein, LLC do not hold any interest adverse to the Debtor, and that Jeffrey M. Orenstein and

Wolff & Orenstein, LLC are disinterested persons within the meaning set forth in 11 U.S.C. § 101(14), it is this day by the United States Bankruptcy Court for the District of Columbia

      ORDERED, that the Application be, and hereby is GRANTED; and it is further

      ORDERED, that the Debtor be, and hereby is, authorized to employ Jeffrey M. Orenstein and Wolff & Orenstein, LLC as counsel to the Debtor; and it is further

      ORDERED, that any compensation paid to Jeffrey M. Orenstein and Wolff & Orenstein, LLC is subject to the review of this Court, in conformity with governing law.

I ask for this:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

Seen:

\s\ Kristen S. Eustis
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

**END OF ORDER**