The order below is hereby signed.

Signed: June 30 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-200-ELG |
| | ) | (Chapter 11) |
| JPK NEWCO LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO
APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM, LLC AS SPECIAL
<u>LITIGATION COUNSEL TO JPK NEWCO LLC</u>**

Upon consideration of the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as Special Litigation Counsel to JPK NewCo LLC (the "Application," as found at DE #7), the opposition of certain parties thereto, DE #18, arguments adduced at a hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Maurice B. VerStandig and The VerStandig Law Firm, LLC are qualified to serve as special litigation counsel to JPK NewCo LLC; and it is further

FOUND, that Maurice B. VerStandig and The VerStandig Law Firm, LLC satisfy the rigors of Section 327(e) of Title 11 of the United States Code; and it is further

ORDERED, that the Application be, and hereby is, GRANTED.

1

I ask for this:


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Special Counsel to the Debtor*