SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **DEVELOPER RE1 LLC,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DP CAPITAL, LLC D/B/A WASHINGTON CAPITAL PARTNERS,** *et al.*, <br><br> **Defendants.** | Case No. 2022-CAB-005935 <br> Consolidated with: 2023-CAB-004260 <br><br> Judge Ebony M. Scott <br><br><br> Next Court Event:  Remote Status Hearing <br> September 19, 2025 at 10:00 a.m. |

## ORDER

This matter is before the Court on Defendant JPK NewCo LLC's ("JPK") Suggestion of Bankruptcy and Stay of Proceedings, filed on May 27, 2025, and Plaintiffs' Response to Suggestion of Stay, filed on June 13, 2025.

In Defendant JPK's Suggestion of Bankruptcy, Defendant JPK indicates that it "filed a voluntary petition for chapter 11 relief, pursuant to the allowances of Section 301 of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Columbia, thereby commencing the matter of *In re JPK NewCo LLC*, Case No. 25-200-ELG (Bankr. D.D.C. 2025)." Suggestion at 1.  JPK then states that "JPK is a defendant in the above-captioned consolidated litigation and, equally importantly, the current holder of two of the promissory notes at issue in this litigation, whilst also being the current holder of two of the deeds of trust at issue in this litigation.  It is thusly respectfully suggested the continuation of this suit would offend the provisions of Section 362 of Title 11 of the United States Code… and, as such, this case is stayed by operation of law." *Id*. at 2.

In Plaintiffs' Response, Plaintiffs argue that "[t]he Defendants created JPK NewCo for multiple improper purposes" in an effort to delay the instant case. Pl.'s Resp. ¶ 1. Plaintiffs argue that "[t]he Defendants are trying to improperly forum shop the claims in this case away from D.C. Superior Court." *Id*. at ¶ 14. While Plaintiffs argue that the instant bankruptcy case is "manufactured… by a phony company for improper purposes in bad faith," Plaintiffs concede that "the claims in this case as to JPK NewCo must be stayed by the automatic stay provisions of 11 U.S.C. § 362." *Id*. at ¶ 15. However, Plaintiffs argue, without citing to any legal authority, that "no other defendant in this case is a debtor in a pending bankruptcy case," and that "[t]he automatic stay provisions apply only to a debtor in a pending bankruptcy case, not to any co-defendants, so this case should not be stayed as to any defendant other than JPK New Co." *Id*.

As noted, Plaintiffs cite no legal authority for the proposition that a matter need only be partially stayed to satisfy the requirements of 11 U.S.C. § 362(a). Rather, the statute states that "a petition filed under sections 301, 302, or 303 of this title… operates as a stay, applicable to all entities…." 11 U.S.C. § 362(a). Further, even if the instant matter could be stayed-in-part, doing such would frustrate the purpose of the statutory automatic stay and judicial efficiency as JPK is the record owner of the Deed of Trust and promissory note underlying the instant matter. *See* Suggestion at 2.

Accordingly, it is this **18th day of June, 2025,** hereby:

**ORDERED** that this matter is **STAYED** until the conclusion of Defendant JPK NewCo LLC's Bankruptcy Proceedings; it is further

**ORDERED** that the Remote Status Hearing on June 27, 2025, is **CONTINUED** to **September 19, 2025, at 10:00 a.m.**, in Remote Courtroom 219 before Judge Ebony M. Scott. Instructions for participation in the remote hearing are attached.

**SO ORDERED.**

_____
**Associate Judge Ebony M. Scott**
(*Signed in Chambers*)

**Copies Via Odyssey to:**

Alexandria J. Smith, Esq.
ajs@gdllaw.com
*Counsel for Plaintiffs RE1 Developer LLC and 423 Kennedy St. Holdings LLC*

Spencer B. Ritchie, Esq.
sbr@gdllaw.com
*Counsel for Plaintiffs RE1 Developer LLC and 423 Kennedy St. Holdings LLC*

James D. Sadowski, Esq.
jds@gdllaw.com
*Counsel for Plaintiffs RE1 Developer LLC and 423 Kennedy St. Holdings LLC*

Maurice B. VerStandig, Esq.
mac@mbvesq.com
*Counsel for Defendants WCP Fund I LLC, DP Capital LLC d/b/a Washington Capital Partners, SF NU LLC, Daniel Huertas, Russell Drazin, and JPK NewCo LLC*

## VIRTUAL COURTROOM INSTRUCTIONS FOR COURTROOM 219

During the period of remote operation, as determined by the Chief Judge of the Superior Court, some proceedings in matters on Calendar 8 will take place in Virtual Courtroom 219, which the parties and counsel may access in the following ways:

(1) Going to the WebEx website at https://dccourts.webex.com/meet/ctb219 or going to https://dccourts.webex.com and entering meeting ID number 129 315 2924; or

(2) Downloading the WebEx Meetings app, opening the app, selecting Join Meeting, and entering https://dccourts.webex.com/meet/ctb219; or

(3) Calling 1-844-992-4726 or 202-860-2110, then entering meeting ID number 129 315 2924#, then pressing # again to enter the meeting.

Parties having trouble connecting to their remote hearing may contact chambers at judgescottchambers@dcsc.gov as staff will be monitoring the e-mails closely during hearings.

**Failure to appear at a remote proceeding may result in the Court entering an unfavorable ruling against you, including dismissal of a case or entry of default.**

## COURTROOM PROTOCOL

**Guidelines**: When entering the virtual courtroom (by dialing in on a phone, or signing in through the website or app), a party or counsel should not attempt to speak because another hearing may be underway. Each party should be automatically muted by the courtroom clerk when you first arrive. If you are using the WebEx website or the app, you may check in with the courtroom clerk using the "chat" function. If you are on a telephone, you should wait for your case to be called.

**Option to Appear In-Person for Remote Hearings**: Even though your case has been set as a remote hearing, you have the choice to come in person to the Court for your hearing. If you would like to participate in person, please try to notify the Court before your hearing date. Whether you come in person or participate remotely, your case will still be fully heard by the Judge. Instructions for participation in remote hearings may be found above and here: https://www.dccourts.gov/services/remote-hearing-information.

**Exhibits**: If you intend to rely on exhibits or other documents during the hearing, you must e-mail the exhibits to the Court at judgescottchambers@dcsc.gov, copying all sides, no later than 5:00 p.m. two business days before the hearing. You must also file the exhibits on the docket and provide a copy of the exhibits to any witness before the hearing. The exhibits must be separately labeled so that they can be easily identified by all parties and the Court during the remote hearing.