The order below is hereby signed.

Signed: July 29 2025



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-00200-ELG |
| JPK NewCo, LLC | ) | (Chapter 11 Subchapter V) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### SCHEDULING ORDER

Upon review of JPK NewCo, LLC's Subchapter V Plan of Reorganization (the "Plan"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing on confirmation of the Plan shall be held on October 1, 2025, at 11:00 a.m. prevailing eastern time, via Zoom and in-person, with parties interested in participating remotely being able to retrieve the applicable credentials by sending an e-mail to Gunn_Hearings@dcb.uscourts.gov and with remote participation being governed by General Order 2024-03; and it is further

ORDERED, that the deadline for creditors to submit ballots shall be September 4, 2025, with ballots being returnable to JPK NewCo, LLC, in the care of its counsel, via e-mail sent to jorenstein@wolawgroup.com except a party without reasonable access to e-mail may submit a

1

ballot via US Mail to the mailing address printed upon said ballot; all ballots must be received by September 4, 2025; and it is further

ORDERED, that the deadline for any party in interest to object to confirmation of the Plan shall be September 4, 2025; and it is further

ORDERED, that debtor shall cause a copy of the Plan, this order and, where appropriate, a ballot conforming to the official form, to be served upon all parties in interest, via US Mail, postage prepaid, not later than July 31, 2025; and it is further

ORDERED, that the debtor shall file a tally of ballots received, not later than September 11, 2025.

I ask for this:

/s/ Jeffrey M. Orentein
JEFFREY M. ORENSTEIN
WOLFF & ORENSTEIN, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD  20850
(301) 250-7232
jorenstein@wolawgroup.com

*Counsel for the Debtor*