UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                                  *

JPK NewCo, LLC                                          *       Case No. 25-00200-ELG
                                                                Chapter 11 (Subchapter V)

       Debtor                                       *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PRACIPE REGARDING THE DEBTOR'S CONSENT TO EXTENSION OF TIME
TO FILE OBJECTION TO THE DEBTOR'S DESIGNATION AS A SMALL BUSINESS
DEBTOR UNDER SUBCHAPTER V OF CHAPTER 11 OF THE BANKRUPTCY CODE

TO THE CLERK OF THE COURT:

      Following the conclusion of the July 30, 2025, hearing in the above captioned case, counsel for the Debtor spoke with counsel for 423 Kennedy St Holdings LLC and Developer RE1 LLC and agreed to consent to an extension of time for 423 Kennedy St Holdings LLC and Developer RE1 LLC to file an Objection to the Debtor's Designation as a Small Business Debtor under Subchapter V of Chapter 11 of the Bankruptcy Code. The objection, if one is to be filed, shall be filed no later than August 1, 2025.

                       Respectfully submitted,

                       [signature on following page]

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC                    1

        \s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 30th day of July, 2025, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC

2

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

                                  \s\ Jeffrey M. Orenstein
                                  Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC

3