# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JPK NEWCO, LLC | CASE NO: 25-00200<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/30/2025, I did cause a copy of the following documents, described below,

Scheduling Order

Plan

Appendix A

Appendix B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

JPK NEWCO, LLC

CASE NO: 25-00200

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 7/30/2025, a copy of the following documents, described below,

Scheduling Order

Plan

Appendix A

Appendix B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00200
DISTRICT OF DISTRICT OF COLUMBIA
WED JUL 30 8-27-28 PST 2025

423 KENNEDY ST HOLDINGS LLC
1629 K STREET  NW
SUITE 300
WASHINGTON  DC 20006-1631

DEVELOPER RE1 LLC
1629 K STREET NW
SUITE 300
WASHINGTON  DC 20006-1631

DEBTOR

JPK NEWCO  LLC
8401 GREENSBORO DRIVE
SUITE 960
MCLEAN  VA 22102-5149

WCP FUND I LLC
CO MAURICE B VERTSANDIG  ESQ
THE VERSTANDIG LAW FIRM  LLC
1452 W HORIZON RIDGE PKWY
665
HENDERSON  NV 89012-4422

WASHINGTON  DC
E BARRETT PRETTYMAN U S COURTHOUSE
333 CONSTITUTION AVE  NW 1225
WASHINGTON  DC 20001-2802

423 KENNEDY ST HOLDINGS LLC  CO MEL
NEGUSSI
1629 K STREET NW
SUITE 300
WASHINGTON  DC 20006-1631

EXCLUDE
(D)423 KENNEDY ST HOLDINGS  LLC
1629 K STREET NW
SUITE 300
WASHINGTON  DC 20006-1631

CHARLES PAXTON PARET
343 FIRST STREET
BERRYVILLE  VA 22611-1605

DANIEL HUERTAS
8401 GREENSBORO DRIVE
SUITE 960
MCLEAN  VA 22102-5149

EXCLUDE
(D)DEVELOPER RE1 LLC
1629 K STREET NW
SUITE 300
WASHINGTON  DC 20006-1631

DEVELOPER RE1 LLC
GREENSTEIN DELORME  LUCHS  PC
801 17TH STREET  NW  SUITE 1000
WASHINGTON  DC 20006-3967

DEVELOPER RE1 LLC CO MEL NEGUSSIE
RESIDENT
1629 K STREET NW
SUITE 300
WASHINGTON  DC 20006-1631

GREENSTEIN DELORME  LUCHS  PC
ATTN JAMES SADOWSKI
801 17TH STREET NW
SUITE 1000
WASHINGTON  DC 20006-3967

HIRSCHLER FLEISCHER ATTN KRISTEN E
BURGERS
1676 INTERNATIONAL DRIVE
SUITE 1350
MCLEAN  VA 22102-4940

RUSSELL DRAZIN
4400 JENNIFER STREET  NW
SUITE 2
WASHINGTON  DC 20015-2089

SF NU  LLC
1455 RESEARCH BLVD
SUITE 510
ROCKVILLE  MD 20850-6189

SHAHEEN SARIRI
HIRFSCHLER FLEICHER  PC
1676 INTERNATIONAL DRIVE  SUITE 1350
MCLEAN  VA 22102-4940

U S TRUSTEE FOR REGION FOUR
U S TRUSTEES OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA  VA 22314-3489

WCP FUND I LLC
8401 GREENSBORGO DRIVE
SUITE 960
MCLEAN  VA 22102-5149

WENDELL W WEBSTER  TRUSTEE
1101 CONNECTICUT AVE  NW
SUITE 402
WASHINGTON  DC 20036-4303

JEFFREY M ORENSTEIN
WOLFF  ORENSTEIN  LLC
15245 SHADY GROVE ROAD
SUITE 465
ROCKVILLE  MD 20850-7203

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114-160
POTOMAC  MD 20854-3976

STEPHEN A METZ
OFFIT KURMAN  PA
7501 WISCONSIN AVE  SUITE 1000W
BETHESDA  MD 20814-6604