UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                          *

JPK NewCo, LLC                          *    Case No. 25-00200-ELG
                                                     Chapter 11 (Subchapter V)
         Debtor                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE OF CLASS 1 BALLOTS

    I HEREBY CERTIFY that on the 30th day of July, 2025, a Class 1 Ballot was sent via

first class mail, postage pre-paid to:

423 Kennedy St Holdings LLC, c/o Mel Negussie, Resident Agent
1629 K Street NW
Suite 300
Washington, DC, 20006

Developer RE1 LLC c/o Mel Negussie, Resident Agent
1629 K Street NW
Suite 300
Washington, DC, 20006

Shaheen Sariri
Hirfschler Fleicher, PC
1676 International Drive, Suite 1350
McLean, VA 22101

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            1

       I HEREBY FURTHER CERTIFY that on the 30th day of July, 2025, a copy of the Class 1 Ballot was sent via electronic mail to:

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street,
Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Stephen A. Metz, Subchapter V Trustee
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
smetz@offitkurman.com

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

                                [signature on following page]

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC       2

        Respectfully submitted,

        \s\ Jeffrey M. Orenstein
        JEFFREY M. ORENSTEIN (#428335)
        Wolff, & Orenstein, LLC
        15245 Shady Grove Road
        North Lobby, Suite 465
        Rockville, Maryland  20850
        (301) 250-7232
        jorenstein@wolawgroup.com

        Attorneys for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC       3