UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>    *Debtor*. | Case No.: 25-00200-ELG<br><br>Purported Chapter 11 |
| JPK NEWCO, LLC, ET AL.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>DEVELOPER RE1, LLC. ET AL.,<br><br>    *Defendants.* | Adv. Pro. No. 25-10015-ELG |

## NOTICE OF FILING OF TRANSCRIPT FROM THE MEETING OF CREDITORS

Attached as Exhibit 1 is a transcript from the meeting of creditors held on June 30, 2025.

This transcript may be used and referenced at the hearing set for today at 1:00 p.m.

    Respectfully submitted,

    GREENSTEIN DELORME & LUCHS, P.C.

Dated: July 31, 2025      /s/ James D. Sadowski
    James D. Sadowski, DC Bar. No. 446635
    Alexandria J. Smith, DC Bar. No. 1673542
    801 17th Street, N.W. - Suite 1000
    Washington, DC 20006
    Telephone: (202) 452-1400 ext. 5407
    Email: jds@gdllaw.com; ajs@gdllaw.com
    *Counsel for Defendants Developer RE1, LLC and*
      *423 Kennedy St. Holdings, LLC*

2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2025, a true copy of this Notice of Filing of Transcript from the Meeting of Creditors was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski