Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 1 of 42

1

```
 1                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF COLUMBIA
 2
      In Re:                        .  Case No. 25-00200-ELG
 3                                  .  Chapter 11
      JPK NEWCO, LLC,               .
 4                                  .  Washington, D.C.
               Debtor.             .  June 30, 2025
 5    . . . . . . . . . . . . . . .

 6       MEETING OF THE CREDITORS PURSUANT TO SECTION 341 OF THE
                           BANKRUPTCY CODE
 7                  BEFORE KRISTEN S. EUSTIS, ESQ.
                  OFFICE OF THE UNITED STATES TRUSTEE
 8
      APPEARANCES:
 9
      For the Debtor:          Wolff & Orenstein, LLC
10                             By: JEFFREY M. ORENSTEIN, ESQ.
                               15245 Shady Grove Road
11                             Suite 465
                               Rockville, Maryland 20852
12
      For Office of the U.S.   U.S. Department of Justice
13    Trustee:                 By: KRISTEN S. EUSTIS, ESQ.
                               1725 Duke Street
14                             Suite 650
                               Alexandria, Virginia 22314
15
      For Subchapter V         Offit Kurman, P.A.
16    Trustee:                 By: STEPHEN A. METZ, ESQ.
                               7501 Wisconsin Avenue
17                             Suite 1000W
                               Bethesda, Maryland 20814
18
      For Shaheen Sariri:      Hirschler Fleischer
19                             By: KRISTEN E. BURGERS, ESQ.
                               1676 International Drive
20                             Suite 1350
                               Tysons, Virginia 22102
21
      For 423 Kennedy St       Greenstein DeLorme & Luchs, P.C.
22    Holdings LLC and         By: JAMES D. SADOWSKI, ESQ.
      Developer RE1 LLC:       801 17th Street, Northwest
23                             Suite 1000
                               Washington, District of Columbia
24                             20006

25
```



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 2 of 42

2

1    Also Present:              Daniel Huertas
                                Debtor Representative
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by electronic sound recording.
     Transcript produced by transcription service.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 3 of 42

3

```
1          (Proceedings commenced at 11:03 a.m.)

2          MS. EUSTIS:  Good morning.  This is the 341 meeting of

3   creditors in the case of JPK NewCo, LLC, case number 25-200,

4   pending in the United States Bankruptcy Court for the District

5   of Columbia.  My name's Kristen Eustis.  It is June 30th, 2025,

6   and it is approximately 11:03 a.m.

7          Counsel for the debtor, can you please identify

8   yourself and your client for the record?

9          MR. ORENSTEIN:  Yes.  Good morning.  Jeff Orenstein on

10  behalf of JPK NewCo.  With me this morning is Daniel Huertas.

11  He is the manager -- he's the manager associated with WCP Fund,

12  which is one of the majority owner of JPK.

13         MS. EUSTIS:  Thank you.  And I can confirm for the

14  record that I have reviewed a photocopy of Mr. Huertas'

15  identification.  And he is who -- he is who he says he is.

16         Steve Metz, can you please identify yourself for the

17  record?

18         MR. METZ:  Good morning.  This is Steve Metz, the

19  subchapter V trustee.

20         MS. EUSTIS:  Thank you.

21         Ms. Burgers.

22         MS. BURGERS:  Good morning.  This is Kristen Burgers

23  of Hirschler Fleischer on behalf of Shaheen Sariri, a creditor

24  in this case.

25         MS. EUSTIS:  Thank you.
```



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 4 of 42

4

1          And Mr. Sadowski.

2          MR. SADOWSKI:  Good morning.  James Sadowski, counsel

3     for developer RE1 LLC and 423 Kennedy St Holdings LLC.

4          MS. EUSTIS:  Thank you.

5          And is anyone else on the line that would like to

6     identify themselves for today's meeting?

7          Okay.  Hearing none.  Mr. Huertas, the audio of this

8     meeting is being recorded.  A transcript is available for a

9     fee.  First, I will ask questions of you, and then I will allow

10    creditors, one at a time, to ask you questions about the

11    debtor's financial affairs.

12         And for everyone on the line, please mute yourself if

13    you are not speaking.  And please identify yourself prior to

14    initially asking questions.

15       (Debtor representative sworn.)

16         MS. EUSTIS:  And can you please state your name and

17    your current address?  Your business address is fine.

18         MR. HUERTAS:  Daniel Huertas.  8401 Greensboro Drive,

19    Suite 960, McLean, Virginia 22102.

20         MS. EUSTIS:  Thank you.  And did you attend the

21    initial debtor interview in connection with this case?

22         MR. HUERTAS:  Yes.

23         MS. EUSTIS:  And to the best of your knowledge and

24    belief, have all of the schedules and the statement of

25    financial affairs been filed in this case?



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 5 of 42

5

1           MR. HUERTAS:  Yes.

2           MS. EUSTIS:  And did you review the statements and

3    schedules before they were filed?

4           MR. HUERTAS:  Yes.

5           MS. EUSTIS:  And did you sign the statements and

6    schedules before they were filed?

7           MR. HUERTAS:  Yes.

8           MS. EUSTIS:  And to the best of your knowledge and

9    belief, the information that's contained therein is true and

10   correct?

11          MR. HUERTAS:  Yes.  That's correct.

12          MS. EUSTIS:  And prior to filing for bankruptcy, where

13   did the debtor maintain its bank account?

14          MR. HUERTAS:  The bank account is maintained in United

15   Bank.

16          MS. EUSTIS:  Okay.  And that's currently a debtor-in-

17   possession account, correct?

18          MR. HUERTAS:  It is a separate account, as requested

19   by the bankruptcy court.  We follow all the steps --

20   instructions that we -- that we received from you.

21          MS. EUSTIS:  Okay.  Great.

22          MR. ORENSTEIN:  Just to clarify, this is Jeff

23   Orenstein.  Just to clarify, for the record, in the prior

24   bankruptcy case, the debtor's bank account was closed, and a

25   DIP account was opened.  That account remained opened as of the



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 6 of 42

6

1    filing of this case, and the debtor continued to use that

2    account with the permission from the Office of the United

3    States Trustee.  That will continue to be the DIP account, and

4    no second DIP account is being opened.

5          MS. EUSTIS:  Great.  Thank you.  And that's the one at

6    United Bank, correct?

7          MR. ORENSTEIN:  Correct.

8          MS. EUSTIS:  Okay.  Thank you.

9          And Mr. Huertas, what does the debtor do?  What's the

10   nature of its business?

11         MR. HUERTAS:  The debtor is in the business of doing

12   lending.  Business purpose loans.

13         MS. EUSTIS:  Okay.  And when and where was the

14   business formed?

15         MR. HUERTAS:  The business was formed in or around

16   February 2024.

17         MS. EUSTIS:  And where, if you recall.

18         MR. HUERTAS:  I'm trying to recall.  I -- I -- I -- I

19   don't recall exactly in which entity was -- in which state the

20   entity was formed.

21         MS. EUSTIS:  Okay.

22         MR. HUERTAS:  Sorry about that.

23         MS. EUSTIS:  That's okay.  Why did the debtor have to

24   file for bankruptcy?

25         MR. HUERTAS:  We had to file for in the bankruptcy as



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 7 of 42

7

1   due to the ongoing litigation that we had.  The difficulty in

2   collecting debts that we had for JPK NewCo.

3          MS. EUSTIS:  Okay.  And where is the business located?

4          MR. HUERTAS:  That's a question that, again, I -- I --

5   I don't remember whether this is a DC LLC or this is a Virginia

6   LLC.

7          MS. EUSTIS:  Okay.  Okay.

8          MR. HUERTAS:  I don't recall that.

9          MS. EUSTIS:  I apologize.  I meant --

10          MR. HUERTAS:  Yes.

11          MS. EUSTIS:  -- what is the business address for it,

12   for the entity.

13          MR. HUERTAS:  Sorry.  Repeat the question.

14          MS. EUSTIS:  Sure.  Is there a business address?

15   Where does it operate out of.

16          MR. HUERTAS:  It operates out of 8401 -- sorry about

17   that.  I thought you meant the -- where the LLC is.

18          MS. EUSTIS:  That's okay.

19          MR. HUERTAS:  It's 8401 Greensboro Drive, Suite 960.

20   McLean, Virginia 22102.

21          MS. EUSTIS:  Okay.  Thank you.

22          MR. ORENSTEIN:  And again, this is Jeff Orenstein.

23   Just for the record, it was formed in the District of Columbia.

24          MS. EUSTIS:  Okay.  Thank you.

25          MR. ORENSTEIN:  It's a DC LLC.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 8 of 42

8

1              MS. EUSTIS:  Thank you.

2              And does the debtor rent the space in which it

3       operates, the Greensboro Drive space?

4              MR. HUERTAS:  The debtor is located -- operating

5       there.  It's currently not paying rent.

6              MS. EUSTIS:  Okay.  Is there a lease agreement,

7       though?

8              MR. HUERTAS:  There is no agreements.

9              MS. EUSTIS:  Okay.  Does the debtor have any

10      employees?

11             MR. HUERTAS:  No employees.

12             MS. EUSTIS:  And who's in charge of the day-to-day

13      operations of the debtor?

14             MR. HUERTAS:  I am.

15             MS. EUSTIS:  Okay.  And who are the owners of the

16      debtor?

17             MR. HUERTAS:  The owners of the debtor are -- and open

18      then -- it will be WCP Fund I, LLC.

19             MS. EUSTIS:  Uh-huh.

20             MR. HUERTAS:  And SF NU, LLC.

21             MS. EUSTIS:  Okay.  And do you know -- do you know the

22      percentage split of ownership?

23             MR. HUERTAS:  Yes.  WCP Fund I is 70.56 percent.  SF

24      NU is 29.44 percent.

25             MS. EUSTIS:  Okay.  Thank you.  And are there any



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 9 of 42

9

1    other officers or directors of the debtor?

2              MR. HUERTAS:  No.

3              MS. EUSTIS:  Has there been any change in the

4    ownership of the debtor within the last year?

5              MR. HUERTAS:  No.

6              MS. EUSTIS:  Has there been any change in compensation

7    of any of the owners or beneficial owners of the debtor within

8    the last year?

9              MR. HUERTAS:  No.

10             MS. EUSTIS:  Does the debtor have an interest in any

11   other business entity?

12             MR. HUERTAS:  No.

13             MS. EUSTIS:  Who maintains the books and records of

14   the business?

15             MR. HUERTAS:  We utilize resources that we have in

16   Washington Capital Partners to help and assist in the

17   maintenance of the books.

18             MS. EUSTIS:  Okay.  And what is their name?

19             MR. ORENSTEIN:  Christina Araujo.

20             MS. EUSTIS:  Okay.

21             MR. HUERTAS:  Last name is spelled A --

22             MR. ORENSTEIN:  For the record, that's spelled --

23             MR. HUERTAS:  Oh, go ahead, Jeff.  Go ahead.

24             MR. ORENSTEIN:  For the record, that's spelled

25   A-R-A-U-J-O.  And Ms. Araujo appeared with us at the IDI.



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 10 of 42

10

1              MS. EUSTIS:  Okay.  Thank you.

2              And has the debtor filed its tax returns for 2024?

3              MR. HUERTAS:  I -- I am not hundred percent sure.

4      That would be a question for Christina.  I'm not a hundred

5      percent sure.

6              MS. EUSTIS:  Okay.

7              MR. HUERTAS:  I want to assume yes, but I'm not a

8      hundred percent sure.

9              MR. ORENSTEIN:  To clarify that, no, the debtor did

10     not file tax returns because no returns were due.

11             MR. HUERTAS:  Thank you, Jeff.

12             MS. EUSTIS:  No returns were due?

13             MR. ORENSTEIN:  Yes.  There was no income in 2024, so

14     they were not obligated to file a return.

15             MS. EUSTIS:  Okay.

16             MR. ORENSTEIN:  And a statement was filed to that

17     effect on the docket with the initial filing.

18             MS. EUSTIS:  Okay.

19             MR. ORENSTEIN:  Or I should say with the small

20     business document.

21             MS. EUSTIS:  Okay.  Do you intend on retaining an

22     accountant in this case, Mr. Huertas?

23             MR. HUERTAS:  The question is do I intend to retain an

24     accountant for this case?

25             MS. EUSTIS:  Correct.  Do you?



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 11 of 42

11

1        MR. HUERTAS:  Do I intend in the future?  I do.  Once

2   we figured out our income situation, I will.

3        MS. EUSTIS:  Okay.

4        MR. ORENSTEIN:  And we're aware that -- again, Jeff

5   Orenstein.  We're aware that, if that time comes, that an

6   application will have to be filed to employ that individual.

7        MS. EUSTIS:  Great.  Thank you.

8        Has the debtor loaned any money to any of its owners

9   within the last year?

10       MR. HUERTAS:  No.

11       MS. EUSTIS:  Has the debtor repaid any loan to any of

12  its owners within the last year?

13       MR. HUERTAS:  No.

14       MS. EUSTIS:  Have any of its owners loaned any money

15  to the debtor within the last year?

16       MR. HUERTAS:  No.

17       MR. ORENSTEIN:  Again, to clarify, for the record,

18  there was not a loan, but there was a contribution to capital

19  made by WC Partners.

20       MS. EUSTIS:  Okay.  All right.  And Mr. Huertas, you

21  understand that, going forward, you need the Court's permission

22  prior to infusing any cash into the debtor now that the debtor

23  is in bankruptcy?

24       MR. HUERTAS:  Yes.

25       MS. EUSTIS:  And has the debtor sold or transferred



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 12 of 42

12

 1    any property within the last year?

 2            MR. HUERTAS:  No.

 3            MS. EUSTIS:  All right.  Does the debtor have any

 4    secured debt?

 5            MR. HUERTAS:  Secured debt?  No.  Actually, I'm -- I'm

 6    sorry.  I'm thinking about we do have a secure loan for -- in

 7    favor to Mr. Sariri.

 8            MS. EUSTIS:  Okay.  And does that require monthly

 9    payments, or was that a balloon note?

10            MR. HUERTAS:  That did required monthly payments.

11            MS. EUSTIS:  Okay.  And has the debtor been able to

12    make those payments to Mr. Sariri?

13            MR. HUERTAS:  Unfortunately, we haven't been able to.

14            MS. EUSTIS:  Okay.  And is the debtor currently

15    generating any revenue?

16            MR. HUERTAS:  Currently, we're not able, as the --

17    some of the loans that we have are not paying or not paying off

18    yet.  So we don't have revenue coming through.

19            MS. EUSTIS:  Okay.

20            MR. ORENSTEIN: Kristen, Jeff Orenstein, again.  Just

21    to correct the record, I'm not sure if Mr. Huerta has

22    misunderstood, but to my knowledge, the loan to Mr. -- or the

23    loan from Mr. Sariri is not secured.  It's unsecured.

24            And also with regard to payments due to the debtor,

25    which you asked about, I'm not sure what exactly your question



1    was, but there is a obligation due to the debtor from Energy

2    Morocco which has matured.  Has not been paid.  And a demand

3    letter has been sent to Energy Morocco.

4              MS. EUSTIS:  Okay.

5              MR. ORENSTEIN:  But it has not been received.  So

6    that's why there's no income yet.

7              MS. EUSTIS:  Okay.

8              MR. HUERTAS:  Yeah, I -- I -- I apologize.  I -- when

9    looked at the debt, that the outstanding loan we had, and

10   sorry.  I meant, it -- it is unsecured debt.

11             MS. EUSTIS:  Okay.  When was the demand letter sent to

12   Energy Morocco, if you recall, Mr. Huertas?

13             MR. HUERTAS:  Yes.  We sent up the request.

14             MS. EUSTIS:  I apologize.  I didn't catch that.  Can

15   you repeat that, please?

16             MR. HUERTAS:  Yeah.  We -- we sent up the request.

17             MS. EUSTIS:  And when was that?

18             MR. HUERTAS:  Sorry.  That was in the last few weeks.

19             MS. EUSTIS:  Oh, okay.  Thank you.  Has the debtor had

20   to borrow any money since filing for bankruptcy?

21             MR. HUERTAS:  We didn't borrow any more money, but we

22   made a contribution.  But we didn't borrow money.

23             MR. ORENSTEIN:  And that's the contribution I talked

24   about earlier from WCP, and that was pre-petition.

25             MS. EUSTIS:  Okay.  But post-petition, there has been



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 14 of 42

14

1    no contributions and no borrowing of money?

2            MR. ORENSTEIN:  No.

3            MS. EUSTIS:  Okay.  Mr. Huertas, what's the plan in

4    this case to pay back the debtor's creditors?

5            MR. HUERTAS:  I mean, the plan is to collect the

6    amounts that are due under the two notes.  And we have two

7    notes, again Developer RE1 and 423 Kennedy St Holdings.  And --

8    and to use the funds to pay debts and continue with operations.

9            MS. EUSTIS:  Okay.

10           MR. ORENSTEIN:  Kristen, Jeff Orenstein.  The plan

11   that was filed in the first case is largely the plan that's

12   going to be filed in this case.  We obviously have to update

13   some things.  But substantively, it's going to be the same

14   plan.

15           MS. EUSTIS:  Okay.

16           MR. ORENSTEIN:  And I'm sure you'll ask this question,

17   but I anticipate that will be filed within the ninety days and

18   maybe even before the status conference.

19           MS. EUSTIS:  Great.  So you will not be seeking an

20   extension of that deadline?

21           MR. ORENSTEIN:  We will not, unless something crazy

22   happens that I can't anticipate.

23           MS. EUSTIS:  Okay.  Never say never, Mr. Orenstein.

24           MR. ORENSTEIN:  Exactly.  That's why I didn't say

25   that.



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 15 of 42

15

```
 1              MS. EUSTIS:  All right.  Well, I have no further
 2   questions for Mr. Huertas.
 3              Ms. Burgers, do you have any questions?
 4              MS. BURGERS:  I do not, Kristen, in the cases.
 5              MS. EUSTIS:  Okay.  And Mr. Sadowski.
 6              MR. SADOWSKI:  Yes.  Do I begin?
 7              MS. EUSTIS:  Please.
 8              MR. SADOWSKI:  Hey.  Mr. Huertas, good morning, again.
 9   Jim Sadowski speaking.
10              You mentioned the business purpose.  Sorry.  In answer
11   to the question, why did you file for bankruptcy, that there
12   was "ongoing litigation", is that litigation the litigation
13   involving Developer RE1 and 423 Kennedy St Holdings?  Is that
14   the litigation you're referring to as ongoing litigation?
15              MR. HUERTAS:  No.  I -- Is your question why we formed
16   JPK NewCo?
17              MR. SADOWSKI:  No.  Mr. Eustis asked you --
18              MR. HUERTAS:  What's your question?
19              MR. SADOWSKI:  -- why the debtor filed for bankruptcy,
20   and you gave an answer, part of which was because of the
21   ongoing litigation.  And I'm trying to find out what ongoing
22   litigation you were referring to when you made that statement.
23              MR. HUERTAS:  I'm trying to think your question.
24   Again, we are a company that hasn't been able to collect our
25   debts.  And it -- our last -- we're trying to figure this out
```



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 16 of 42

16

1    and as a result file for bankruptcy.

2            MR. SADOWSKI:  You didn't answer my question.

3            MR. ORENSTEIN:  The debtor's not involved in --

4            MR. SADOWSKI:  Yeah.

5            MR. ORENSTEIN:  Yeah, the debtor's not involved in any

6    litigation, other than the litigation that your clients are

7    involved in, if that's your question.

8            MR. SADOWSKI:  Yeah.  Well, I'd like to get an answer

9    from Mr. Huertas.

10           Is that correct, Mr. Huertas?  The ongoing litigation

11   that you're referring to was a litigation involving Developer

12   RE1 and 423 Kennedy, correct?

13           MR. HUERTAS:  That's not correct.  The -- I can't

14   already answer your question.  Like I said, it was --

15           MR. SADOWSKI:  Then what other ongoing litigation was

16   the debtor involved with besides the litigation between 423

17   Kennedy and Developer RE1?

18           MR. ORENSTEIN:  Yeah.  Mr. Huertas, he's not asking

19   you why you filed.  He said that when you answered --

20           MR. HUERTAS:  Okay.

21           MR. ORENSTEIN:  -- why you filed, you said, among

22   other reasons, because of litigation.  And he's asking you if

23   the litigation with his client is the litigation you're

24   referring to.

25           MR. HUERTAS:  No.  I -- I'm sorry.  It was -- I -- I



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 17 of 42

17

1      misspoke.  Sorry about that.

2              MR. SADOWSKI:  So the debtor didn't file because of

3      ongoing litigation, or it did?

4              MR. HUERTAS:  I'm sorry.  You're confusing me.  I

5      already said that I misspoke.  So right now, we're not

6      collecting the monies that are due to us, and we are forced to

7      file for bankruptcy.

8              MR. ORENSTEIN:  And Mr. Huertas --

9              MR. SADOWSKI:  And how did you --

10             MR. ORENSTEIN:  This is Jeff.  This is Jeff Orenstein.

11     He's asking you if JPK is involved in litigation with anyone

12     other than --

13             MR. HUERTAS:  No.

14             MR. ORENSTEIN:  Developer RE1 and 423 Kennedy.  That's

15     what he's asking you.

16             MR. HUERTAS:  Yeah.  The answer is no.  We don't have

17     any other litigation.

18             MR. SADOWSKI:  Okay.  And thank you.  You also

19     mentioned that one of the reasons that the company filed for

20     bankruptcy was it "had difficulty in collecting debts".  What

21     efforts did JPK NewCo take to collect any debts before it filed

22     for bankruptcy?

23             MR. HUERTAS:  I mean, we go through the normal

24     procedures to collect debts.  Unfortunately, we were not able

25     to collect debts and collect our payments.  So it's been --



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 18 of 42

18

1    it's been difficult to collect the payments.

2           MR. SADOWSKI:  Well, what was the normal course of

3    collecting debts for JPK NewCo?

4           MR. HUERTAS:  Customary.  We send payment requests and

5    in expectation of payments.  Payments haven't come through.

6           MR. SADOWSKI:  Okay.  And did the JPK NewCo -- and the

7    debts that you were trying to collect, that the debtor was

8    trying to collect, were the two promissory notes, correct?  One

9    to Developer 1 and one to 423 Kennedy?  Were those the debts

10   that they were trying to collect?

11          MR. HUERTAS:  I mean, we have -- I believe we have

12   three loans.  We have those two unsecured claims, and we also

13   have the smaller one that we sent a payment request.

14          MR. SADOWSKI:  Okay.  The smaller one was Energy of

15   Morocco (sic)?  Is that the smaller one?

16          MR. HUERTAS:  That's correct.

17          MR. SADOWSKI:  Okay.  Okay.  So let's start with that

18   one.  What efforts before filing for bankruptcy did JPK NewCo

19   make to try to collect the smaller debt?

20          MR. HUERTAS:  We sent a payment -- a payment request,

21   like I said before.

22          MR. SADOWSKI:  Yeah.  Okay.  Is that the only effort

23   it made?

24          MR. HUERTAS:  That's the big -- that's one of the

25   bigger things that we did is sent a payment request and



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 19 of 42

19

1    expecting payment.

2          MR. SADOWSKI:  Okay.  Now, with respect to the other

3    debt that JPK NewCo was having, is that the debt that JPK was

4    having difficulty collect, or were there others?

5          MR. HUERTAS:  Which debt?

6          MR. SADOWSKI:  Well, in response to Ms. Eustis'

7    questions about why the debtor filed for bankruptcy, you

8    mentioned ongoing litigation, which we've covered, and a

9    difficulty in collecting debts.  And you use the word plural,

10   D-E-B-T-S, debts.  So what difficulty was JPK NewCo having in

11   collecting any debts, other than the one to Energy of Morocco

12   (sic)?

13         MR. HUERTAS:  I think it's definitely the plan.  We

14   plan to collect the amounts that are due under the two notes

15   that we have against Developer RE1 and 423 Kennedy St.  As soon

16   as we have those, that will pay off the debts, and we continue

17   with operations.

18         MR. SADOWSKI:  Okay.  Now, let's talk about that.  Why

19   did you need to form a new company to collect the debts?  Why

20   couldn't WCP Fund or SF NU just collect those debts on their

21   own?

22         MR. HUERTAS:  Back in February 2024, under the advice

23   of counsel, we were negotiating a settlement of -- of that such

24   litigation over the troubled assets.  So it was informed

25   yesterday and for it was going back in February 2024.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 20 of 42

20

1          MR. SADOWSKI:  Okay.  So after it was formed in

2   February 2024, what effort did JPK NewCo make to collect the

3   two promissory notes?

4          MR. HUERTAS:  We sent up the request, actually.  As I

5   recall, we sent up the request for -- for --

6          MR. SADOWSKI:  Are you sure about that, or are you

7   just kind of guessing?

8          MR. HUERTAS:  I mean, it's been so long, I -- without

9   going into the record, I think that's what happened.  So I

10  don't have -- I don't have that information in front of me.

11  But I think that's what happened.  We sent a demand letter to

12  request those payment -- those loans to be paid off.  I'm not a

13  hundred percent --

14         MR. SADOWSKI:  And who did you send that to me?  And

15  who did that demand letter get sent to?

16         MR. HUERTAS:  To the debtors.

17         MR. SADOWSKI:  And who are they?

18         MR. HUERTAS:  The developer.

19         MR. ORENSTEIN:  Mr. Huertas, this is Jeff Orenstein.

20  Are you guessing about what happened, or is this what you know

21  actually happened?

22         MR. HUERTAS:  I -- I'm not entirely sure.  I'm not

23  entirely sure how it happened.

24         MR. ORENSTEIN:  Okay.  If you're not sure, then you

25  shouldn't speculate.  If you know the answer, please tell them.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 21 of 42

21

1    But if you're not sure, tell them you're not sure.

2         MR. HUERTAS:  Yeah, I'm not sure, Mr. Sadowski.

3         MR. SADOWSKI:  Okay.  Besides sending payoff requests,

4    and you're not sure about, to collect the debts, what other

5    efforts, if any, did JPK make to collect debts from either

6    Developer RE1 or 423 Kennedy?

7         MR. HUERTAS:  I -- I don't recall what everything --

8    what other efforts were made.

9         MR. SADOWSKI:  Okay.  But JPK NewCo didn't file a

10   claim against either of those two borrowers, right?  Didn't

11   file any litigation?

12        MR. HUERTAS:  I don't recall what efforts were made.

13        MR. SADOWSKI:  Okay.  Wouldn't that be the natural

14   course after sending a payoff request and then not getting

15   paid?  Wouldn't that be the next step, or is there something

16   else you might have done?

17        MR. HUERTAS:  I don't recall how those were made.

18        MR. SADOWSKI:  Okay.  The ownership breakdown of the

19   entity you described, and I'm just going to use the number

20   seventy percent, twenty-nine percent or seventy percent, thirty

21   percent, how did the persons who formed JPK NewCo decide to use

22   those particular amounts of percentage ownership?

23        MR. HUERTAS:  Those amounts were used to based on

24   their percentage of ownership.

25        MR. SADOWSKI:  I get that, but why didn't WCP Fund get



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 22 of 42

22

1    forty percent and SF NU get sixty percent?  Why did you choose

2    70.56 and 29.44?

3        MR. HUERTAS:  Those amounts were used within a

4    percentage of ownership.

5        MR. SADOWSKI:  But you don't know why those numbers

6    were used?

7        MR. HUERTAS:  I -- I'm sorry, but those amounts were

8    used based on the percentage of ownership.

9        MR. SADOWSKI:  So you don't know why?

10        MR. HUERTAS:  I'm answering the question.  Those

11    amounts were used based on the percentage of ownership.

12        MR. SADOWSKI:  Yeah, I understand that.  We know that.

13    Everybody knows those amounts were used.  The question is why

14    were those amounts used?  Do you know the answer?

15        MR. HUERTAS:  Because those were the loans used for

16    that percentage of ownership.

17        MR. SADOWSKI:  Who came up with that formula?

18        MR. HUERTAS:  That was a percentage of ownership of

19    each loan.  So --

20        MR. SADOWSKI:  Right.  And who decided to use those

21    numbers?

22        MR. HUERTAS:  -- I don't know (indiscernible) your

23    question.  Sorry.

24        MR. SADOWSKI:  Okay.  Who can answer that question?

25        MR. HUERTAS:  I don't -- I don't have that answer.  I



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 23 of 42

23

1     don't know what question you're asking, Mr. Sadowski.  But

2     those percentages were used based on the percentage of

3     ownership.

4          MR. SADOWSKI:  Of the debtor?  Okay.  So you don't

5     know why the numbers were used.  You don't know who came up

6     with the numbers.  What do you know about those two numbers,

7     other than that they were used?  Do you know anything else

8     about it?

9          MR. HUERTAS:  That was a percentage split.  I don't

10    know -- I don't know.  I'm sorry.  You're asking a question

11    that I'm answering to you.  That was a percentage of split.

12         MR. SADOWSKI:  Right.  You keep telling me that, but

13    you're not telling me who came up with those numbers and why

14    those numbers were used.  So you don't know the answer to that;

15    is that right?

16         MR. HUERTAS:  I'm answering the question.  Those were

17    percentages of the numbers for each entity.

18         MR. SADOWSKI:  Well, I get that, Mr. Huertas.  But why

19    didn't you use ninety-nine percent WCP Fund and one percent SF

20    NU?  Why didn't you use those numbers instead?

21         MR. HUERTAS:  Because that was not the percentage

22    attributed to each entity.

23         MR. SADOWSKI:  Okay.  Well, that's what --

24         MR. HUERTAS:  The percentage for them was

25    (indiscernible) each.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 24 of 42

24

1          MR. SADOWSKI:  -- I'm trying to get at.  Okay.  So why

2     did you attribute 70.56 to WCP Fund when forming SF NU?

3          MR. HUERTAS:  That was the percentage of the interest

4     in those loans for what I have in there.  I don't know how else

5     to answer your question.  I'm sorry, Mr. Sadowski.  That was a

6     percentage from the each (indiscernible).

7          MR. SADOWSKI:  Okay.  So all right.  So I think

8     that -- I think that's what I'm getting at, Mr. Huertas.  So

9     WCP Fund had seventy percent interest in the loans to 423

10    Kennedy?  Is that what you're saying?

11         MR. HUERTAS:  WC (sic) Fund I has 70.56 percent

12    interest on the loans that -- the unsecured claims of JPK

13    NewCo.

14         MR. SADOWSKI:  Okay.  So how did that -- how did you

15    figure that number out?  How did you figure out that WCP Fund

16    had 70.5 percent interest in the loans?

17         MR. HUERTAS:  I'm sorry.  The (indiscernible).

18         MR. SADOWSKI:  Did you in the math?  Did you --

19         MS. EUSTIS:  Gentlemen, I need --

20         MR. HUERTAS:  That -- that (indiscernible).

21         MS. EUSTIS:  Excuse me.  Mr. Huertas, I really need

22    you to wait until Mr. Sadowski finishes asking his question

23    before you answer and for the both of you not to interrupt one

24    another because I am recording this.  And if someone requests a

25    transcript, it's going to be very difficult to discern what is



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 25 of 42

25

1    being said when you are talking over one another.

2              So Mr. Huertas, if you could please repeat what you

3    just said, I would appreciate it.

4              MR. HUERTAS:  It is a percentage of interest and is a

5    percentage of interest for each entity on JPK NewCo.

6              MR. SADOWSKI:  Yeah.  I still don't know that there's

7    an answer to the question why 70.56 percent.  Why --

8              MR. HUERTAS:  I believe I --

9              MR. SADOWSKI:  -- that number was used?

10             MR. HUERTAS:  I believe I answered to the best of my

11   knowledge, sir.

12             MR. SADOWSKI:  Okay.  What is the basis for your

13   knowledge of that answer?  How do you know that?

14             MR. HUERTAS:  I had already answered your question.

15             MR. SADOWSKI:  Okay.  I don't think you did.  Okay.

16   So let's talk about the formation of JPK NewCo.  At some point,

17   WCP Fund and SF NU decided to do this.  Okay.  And when was

18   that?  Decided to form this company?  When was that?

19             MR. HUERTAS:  The company was formed on or about

20   February 2024.

21             MR. SADOWSKI:  Okay.  And who was making the decisions

22   for SF NU about how it would participate in this new entity?

23             MR. ORENSTEIN:  This is Jeff Orenstein speaking.  The

24   341 is about the financial affairs of JPK, and I'm not really

25   sure what these questions have to do with the financial affairs



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 26 of 42

26

1   of JKP.  I know that there is ongoing litigation between the

2   parties, and this seems to me to be questions that are more

3   involved in some of the issues raised in the litigation and

4   really not appropriate for a 341 meeting.

5           MR. SADOWSKI:  Okay.  I understand, Mr. Orenstein.

6           Mr. Huertas, do you have an answer?

7           MR. HUERTAS:  I don't have an answer for you, sir.

8   Sorry.

9           MR. SADOWSKI:  All right.  Well, if you had to pick up

10  the phone and call SF NU today, who would you call?

11          MR. HUERTAS:  It -- I -- I'm sorry.  I'm going to ask

12  my lawyer.

13          Is that something that is related to this case, Jeff?

14          MR. ORENSTEIN:  I mean, you can tell him who the owner

15  of SF NU is if you know.

16          MR. HUERTAS:  My -- I don't have the -- I don't know

17  who the ownership group is on SF NU, other than my point of

18  contact as SF NU.

19          MR. SADOWSKI:  And who is the point of contact?

20          MR. HUERTAS:  The point of contact of SF NU is Jason

21  Shrensky.

22          MR. SADOWSKI:  And has he been the only point of

23  contact for SF NU throughout the life of the debtor?

24          MR. HUERTAS:  Yes.

25          MR. SADOWSKI:  Mr. Orenstein, in one of the schedules.



1    It mentions that JPK is not a defendant.  I think that needs to

2    be corrected because they were added as a defendant as a result

3    of a decision that Judge Gunn made, just FYI.

4            MR. ORENSTEIN:  Okay.  I appreciate that.  We can

5    change that.

6            MR. SADOWSKI:  That's on the -- yeah, that's on the --

7    that's okay.  It's on the schedules page 28, I think.

8            MR. ORENSTEIN:  On the statement of financial affairs?

9            MR. SADOWSKI:  Sorry, Jeff.  Give me a second.  Where

10   it lists litigation within the year, I think --

11           MR. ORENSTEIN:  Okay.

12           MR. SADOWSKI:  -- you may have just copied the

13   schedule from last time, which resulted in that, which was

14   probably true at that time.  They hadn't been --

15           MR. ORENSTEIN:  Yeah, we --

16           MR. SADOWSKI:  The first time -- yeah.  Yeah.

17           MR. ORENSTEIN:  Yeah, we tried to go over everything

18   and catch anything, but we might have missed that.  So we'll

19   amend that.  Thank you for bringing that to my attention.

20           MR. SADOWSKI:  Yeah.  No problem.

21           Mr. Huertas, has JPK NewCo paid any legal bills since

22   its formation?

23           MR. HUERTAS:  Has JPK NewCo pay any legal bills since

24   formation?  Is that a question?

25           MR. SADOWSKI:  Correct.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 28 of 42

28

1        MR. HUERTAS:  Can you please repeat the question?

2        MR. SADOWSKI:  Yeah.  Yes.  Has JPK NewCo paid any

3    legal bills since its formation?

4        MR. HUERTAS:  Yes.

5        MR. SADOWSKI:  Okay.  And who did JPK NewCo pay legal

6    bills to?

7        MR. HUERTAS:  I'll be Jeff at this point, but so we

8    pay our legal bills to -- to the legal representative.

9        MR. SADOWSKI:  Okay.  Was that Mr. Orenstein?  Is that

10   somebody else?

11       MR. HUERTAS:  Yes.  We pay -- Jeff, please confirm if

12   I haven't, but I think we pay Jeff.  This is Orenstein.

13       MR. ORENSTEIN:  Yeah, just to clarify that, Mr.

14   Sadowski, and I think it's in the papers in this case, even.

15   But if not, certainly in the last case, there was originally a

16   payment that was made to the VerStandig Law Firm when it was

17   anticipated that there was going to be litigation.  When the

18   bankruptcy ensued, money was transferred from Mr. VerStandig

19   trust account to my firm.  My firm then used that money in the

20   course of the case, based upon an order entered by the Court

21   approving those fees.

22       And in this case, as I know we disclosed in the

23   employment application, and we talked about this earlier, there

24   was a capital infusion from WCP in order to pay the retainer

25   that's disclosed in my case.  Those are the fees that have been



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 29 of 42

29

1     paid to me.

2          I'm not aware of legal fees being paid to anybody

3     else.  But Mr. Huertas, you can correct the record if I'm wrong

4     about that.

5          MR. HUERTAS:  No, Jeff is correct.

6          MR. SADOWSKI:  Okay.  The only legal fees that have

7     been paid by JPK were to Mr. Orenstein, his firm, right?

8          MR. HUERTAS:  That's correct.

9          MR. SADOWSKI:  Okay.  Now, at the time JPK NewCo was

10    being formed -- sorry.  Let me ask it a different way.  Were

11    there any appraisals done on the properties that were owned by

12    either 423 Kennedy or Developer RE1 after December 2022?

13         MR. ORENSTEIN:  Can you explain --

14         MR. HUERTAS:  (Indiscernible) --

15         MR. ORENSTEIN:  -- what this has to do -- can you

16    explain what this has to do with the finances of JPK?  I mean,

17    I don't like to step in and instruct witnesses not to answer

18    questions.  I just am a little sensitive because there is

19    ongoing litigation between the parties, and this is pretty far

20    afield from what typically gets asked at a 341 meeting.

21    Obviously, there's not a judge here who's going to rule on any

22    objection.  So I don't want to take an adversarial position,

23    but I'm just trying to understand.

24         MR. SADOWSKI:  Yeah, I'm just trying -- they said they

25    had difficulty collecting debts, and they were in the business



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 30 of 42

30

1    of loaning money.  And I'm trying to figure out if -- also,

2    that's one thing, and then the other thing is they list assets

3    here of three million dollars.  And I'm trying to figure out

4    how they came up with the basis for those assets and whether

5    that was just the face value of the notes or whether that was

6    potentially, if they collected those notes, the value of the

7    properties they were going to acquire.

8          MR. ORENSTEIN:  I can tell you that in preparing the

9    schedules, what was used was the amounts due on the note with a

10   component for built in interest that was due as of the time.

11         MR. SADOWSKI:  Okay.  All right.  Well, that might

12   answer it.  And then getting back to -- one second.

13         Mr. Huertas, what specific loan documents were

14   assigned to JPK NewCo?

15         MR. ORENSTEIN:  Mr. Huertas, if you know the answer to

16   that, you can answer that.

17         MR. HUERTAS:  I don't recall exactly what the specific

18   loan documents was there at closing.

19         MR. SADOWSKI:  Other than the loan documents that JPK

20   NewCo owns, aren't there senior liens on those two properties

21   as well, the two properties owned by Developer RE1 and 423

22   Kennedy?

23         MR. HUERTAS:  I -- I'm going to ask my lawyer.

24         Jeff, is this related to this case or not?

25         MR. ORENSTEIN:  You can answer that to the best of



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 31 of 42

31

1    your knowledge.

2            MR. HUERTAS:  Well --

3            MR. ORENSTEIN:  I thought that was addressed -- I

4    thought that that is addressed in the schedules.  If you look

5    at schedule A/B, it does reflect that both the notes to 423

6    Kennedy and -- I'm sorry, I'm drawing a blank at the moment --

7    the Developer RE1 are junior liens.  That's reflected on the

8    schedules.

9            MR. SADOWSKI:  Yeah.  Do you remember the question,

10   Mr. Huertas?

11           MR. HUERTAS:  So both loans are junior liens, so

12   there's a senior lien for only child -- only child asset.

13           MR. SADOWSKI:  Right.  So let's assuming the plan

14   plays out as you expect that and then you're going to go and

15   collect on those loans, what do you expect to realize on those

16   loans if there's already senior debt that's going to be more

17   than the value of the loans that you're going to collect on?

18   Like, how is --

19           MR. HUERTAS:  Paying that back --

20           MR. SADOWSKI:  -- JPK NewCo going to make any money at

21   all, ever, if it has to pay off senior debt?

22           MR. HUERTAS:  That's your assumption.  I don't share

23   your assumption.

24           MR. SADOWSKI:  Okay.  What's wrong with my assumption?

25           MR. HUERTAS:  My assumption is that when we collect



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 32 of 42

32

1    the amounts that are the -- only the two loans, we will be able

2    to pay our debts and continue with operations.

3         MR. SADOWSKI:  Okay.  Well, how are you going to

4    collect on the two notes to JPK and 423 Kennedy?  If those

5    entities have no money to pay, how are you going to collect on

6    the debts on the notes?

7         MR. HUERTAS:  Like I said, that's what you ask.

8    Your -- that's your assumption, and that's -- I don't share

9    your assumption.

10        MR. SADOWSKI:  Okay.  So why do you assume that those

11   debts will be paid?

12        MR. HUERTAS:  Like I said, our plan will be to collect

13   the two notes.  And when we're able to, we'll continue to pay

14   off our debts and continue the operations.  All right.  So both

15   JPK NewCo, Developer RE1, and 423 Kennedy turn out to not have

16   any money to pay any debts, then the debtor will have no

17   ability to pay anybody, right?

18        MR. ORENSTEIN:  That's not correct, Mr. Sadowski.

19   There is a third loan, which is disclosed on the schedules,

20   from Energy Morocco.  The plan doesn't provide for payment for

21   a hundred percent to creditors.  And I mean, the plan hasn't

22   been filed yet, but to the extent that substantively it's the

23   same as the first plan, it provides for payment to creditors

24   from the collection on the loans.  Whether or not that turns

25   out to be a hundred percent or two percent, we don't know at

Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 33 of 42

33

1   this point so -- but I think it's false to say that there will

2   be no payment to creditors because there are other loans, even

3   if the position on these two properties that you're discussing

4   turns out to have no equity, which we don't know to be the case

5   presently.

6        MR. SADOWSKI:  So Mr. Huertas, why does the debtor,

7   which is wholly owned by WCP Fund and SF NU, why does the

8   debtor need to collect those debts in bankruptcy in a

9   bankruptcy court, as opposed to just collecting those debts in

10  another court?

11       MR. HUERTAS:  I don't have answer to your question.

12       MR. SADOWSKI:  Okay.  But you could, if you wanted to?

13  WCP Fund I and SF NU, they could try to collect those debts in

14  D.C. Superior Court, right?

15       MR. HUERTAS:  I'm not a lawyer.  I already explained

16  to you, I don't have an answer your question, sir.

17       MR. SADOWSKI:  All right.  Well, how would WCP Fund I

18  go about collecting a debt if it wasn't in bankruptcy court?

19  (Indiscernible) request --

20       MR. ORENSTEIN:  WCP Fund I --

21       MR. SADOWSKI:  Yeah, WCP Fund I, yeah, it would send a

22  payoff request first, right?  Wouldn't happen.  Maybe it'll

23  send a demand letter.  Then what would WCP Fund I do next to

24  collect a debt that it was owed?

25       MR. ORENSTEIN:  WCP Fund I is not the debtor in this



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 34 of 42

34

1    case.  And this question clearly doesn't have anything to do

2    with the finances of the debtor, which now clarifies that these

3    questions are being asked for the purpose of discovery in the

4    litigation.  If you want to ask questions --

5              MR. SADOWSKI:  No, I --

6              MR. ORENSTEIN:  -- about the finances of WCP, that's

7    fine.  Go ahead and do that.  But you're asking hypothetical

8    questions about collection practices of an entity that's not

9    the debtor in this case.

10             MR. SADOWSKI:  Okay.  I'll ask it a different way.

11   Why does JPK NewCo need the bankruptcy court to help it collect

12   its debts when there are other courts available to do that?

13             MR. HUERTAS:  I'm not a lawyer, sir.  You're asking a

14   legal question.  I'm not a lawyer.  I cannot answer your

15   question.

16             MR. SADOWSKI:  Well, I'm asking you why you need to

17   utilize the bankruptcy court to collect debt.  That's what my

18   question.

19             MR. HUERTAS:  Like I said to you before, I'm not a

20   lawyer.  I'm not in the position to answer your question.

21             MR. SADOWSKI:  All right.  So is it the business

22   people or the legal people who made the decision to put JPK

23   NewCo into bankruptcy?

24             MR. HUERTAS:  I already mentioned to you, I'm not in

25   position to answer your question.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 35 of 42

35

1          MR. SADOWSKI:  All right.  You don't know who made the

2    decision to put JPK NewCo into bankruptcy.

3          MR. ORENSTEIN:  The record that's --

4          MR. HUERTAS:  Jeff.

5          MR. ORENSTEIN:  -- in this case, the docket reflects a

6    resolution that's filed by the debtor authorizing Mr. Huertas

7    to put the debtor into bankruptcy.  So clearly, the answer to

8    your question is that Mr. Huertas, on behalf of his company,

9    put the debtor into bankruptcy.

10          Whether or not he got legal advice is a different

11   question.  And certainly, I wouldn't allow him to answer that

12   here.

13          MR. SADOWSKI:  Okay.  Did Mr. Shrensky participate in

14   the decision to put JPK NewCo into bankruptcy?

15          MR. HUERTAS:  I'm trying to recall.

16          MR. SADOWSKI:  Is there an --

17          MR. HUERTAS:  I'm trying to recall.  Sorry.  This was

18   a while ago.

19          MR. SADOWSKI:  Well, JPK NewCo just filed for

20   bankruptcy a month ago.

21          MR. HUERTAS:  No, I understand.  I understand.  Mr.

22   Shrensky was aware of -- aware of the bankruptcy.  Yes.

23          MR. SADOWSKI:  Okay.  He's aware of it, but did he

24   participate in the decision?

25          MR. HUERTAS:  He participated in the decision.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 36 of 42

36

 1          MR. SADOWSKI:  Okay.  And how did that decision get

 2   made, other than through the resolution?  Is that how it got

 3   made?  There was a resolution.  How did he participate in that

 4   decision?

 5          MR. HUERTAS:  I don't recall how -- I don't recall

 6   how, sir.  Like, that -- I -- literally, I just don't quite

 7   understand the nature of your question.  So I don't understand

 8   what you mean by participation.  He -- he was part of the

 9   decision, and he collectively made the decisions to -- to

10   proceed as -- as such.

11          MR. SADOWSKI:  Okay.  And do you remember what --

12          MR. HUERTAS:  (Indiscernible) I -- I just don't have

13   an answer to your question.

14          MR. SADOWSKI:  Okay.  So the decision making process

15   involved what?  A phone call?  Email?  Text?

16          MR. HUERTAS:  I don't recall how we did it.  Sorry.

17          MR. SADOWSKI:  And Developer RE1 and 423 Kennedy are

18   listed as creditors in the schedules.  Why are they listed as

19   creditors?

20          MR. ORENSTEIN:  Well, I can tell you, having prepared

21   the schedules, that as you've indicated, JPK is a defendant in

22   the case, which I guess is an oversight.  We didn't correct

23   that.  But we knew that claims were being made, and so we

24   believed that it was appropriate to list them as a creditor in

25   the case.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 37 of 42

37

1          MS. EUSTIS:  Mr. Orenstein, this is Kristen Eustis.

2    I've been extremely patient, but this is a -- this is a 341

3    meeting.  So unless you're testifying, you've been answering

4    more as on an attorney, as I have heard in any 341 meeting that

5    I've conducted over the past six years.  So if your client

6    knows the answer to a question that is being asked of him, he

7    can answer it.  If he can't, he doesn't.  And if you and Mr.

8    Sadowski want to clarify things off the record, you can do

9    that.  But the questions -- or and the answers need to come

10   from Mr. Huertas.

11         MR. ORENSTEIN:  That's fine.  I just think that Mr.

12   Huertas is not going to have sufficient knowledge to answer a

13   lot of these.  And I want to give Mr. Sadowski as much

14   information as we can.  But that's fine.  I won't jump in.

15         And Mr. Huertas, if he asks you a question and you

16   don't know something because it's a legal issue, then you

17   should just say that.  And then I won't jump in.

18         MR. HUERTAS:  Okay.  Sorry.  Okay.  Thank you.

19         MR. SADOWSKI:  All right.  Mr. Huertas, I think in

20   part Mr. Orenstein is trying to be helpful, but the questions

21   really are for you.  Why are Developer RE1 and 423 Kennedy

22   listed as creditors on the debtor's schedules?  And I'm looking

23   at page 6 of 45.

24         MR. HUERTAS:  I think that's more of a legal question.

25   So I don't have -- I -- I don't have a good answer for you.



1           MR. SADOWSKI:  Okay.  There's also a page that lists

2    the codebtors.  Have to turn to that page, folks.  Just give me

3    a second.  My computer is, of course, going slow.  It's page

4    28.  Let me get back to that.  Almost there.  Okay.

5           Schedule H codebtors, page 23 of 45, it lists Russell

6    Drazin, WCP Fund I, and Daniel Huertas.  Why are those people

7    listed as codebtors?

8           MR. HUERTAS:  That's a legal question.  I don't think

9    I'm able to answer you that question.

10          MR. SADOWSKI:  Okay.  Does Russell Drazin owe any

11   money to JPK NewCo?

12          MR. HUERTAS:  No.

13          MR. SADOWSKI:  And how about WCP Fund?  Does that have

14   entity owe money to JPK NewCo?

15          MR. HUERTAS:  WC (sic) Fund I made a contribution, not

16   a loan.

17          MR. SADOWSKI:  Okay.

18          MR. HUERTAS:  That was an trans made long time ago.

19          MR. SADOWSKI:  Sure.  And when that contribution was

20   made, was there any increase in its ownership interest in the

21   entity?

22          MR. HUERTAS:  No.

23          MR. SADOWSKI:  Okay.  And one second.  Ms. Eustis, I'm

24   almost done.  I'm just looking over my notes.

25          MS. EUSTIS:  Okay.  Thank you.



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 39 of 42

39

1          MR. SADOWSKI:  Yeah.  What, if any, consideration was

2     paid by the WCP Fund I or SF NU to get their percentage

3     ownership interest in JPK NewCo?

4          MR. HUERTAS:  Sorry.  I -- I -- I had already answered

5     your question before.  It was a percentage of interest.

6          MR. SADOWSKI:  Okay.  So there was no money -- no

7     money changed hands when the loan documents got assigned; is

8     that right?

9          MR. HUERTAS:  I don't -- I don't (indiscernible).

10          MR. ORENSTEIN:  I don't believe that's what you said.

11          MR. SADOWSKI:  So how do you -- how do you value an

12     ownership interest in JPK NewCo?  Does it have value, or is it

13     valueless?

14          MR. ORENSTEIN:  Again, I'm not going to answer the

15     question, but I don't understand what this has to do with the

16     financial condition of JPK.  And this sounds more like it is a

17     discovery request in a matter pending in litigation.  If you

18     can tie how this has to do with the finances and not the

19     litigation issues, I'll have him answer.  But otherwise I don't

20     think it's an appropriate question for a 341.

21          MR. SADOWSKI:  I'll withdraw the question at the

22     moment, Mr. Orenstein.  Let me just look through my notes.

23          Yeah.  Why did JPK lend money to Energy of (sic)

24     Morocco?

25          MR. HUERTAS:  JPK is in the business of doing business



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 40 of 42

40

1    professional loans.  That was one of the loans.

2              MR. SADOWSKI:  Okay.  So what other loans did JPK

3    NewCo make besides the loan to the Energy of Morocco?

4              MR. HUERTAS:  Think that it's the only loan that we

5    were able to make with the funds available.

6              MR. SADOWSKI:  Why didn't JPK NewCo -- if it was in

7    the business of loaning money, why did it just have one

8    customer?  What other customers was JPK NewCo considering

9    loaning money to, if any?

10             MR. HUERTAS:  When our plan is completed, I think

11   we'll be able to resume operations?  That's the only thing we

12   were able to do with the money available.

13             MR. SADOWSKI:  Is that the only business that JPK

14   NewCo conducted since inception?  One loan to one customer?

15             MR. HUERTAS:  That's correct.

16             MR. SADOWSKI:  Has Mr. Sariri made any claim against

17   JPK NewCo to collect his money?  When I say made any claim, has

18   he sent a demand letter?  Has he made any effort to take that

19   money out of you guys?

20             MR. HUERTAS:  I do -- I do not recall.

21             MR. SADOWSKI:  Okay.  Ms. Eustis, those are all the

22   questions I have at this time.  We're obviously going to

23   reserve our right to do a Rule 2004 or take a deposition with

24   respect to another claim.  That's another contested matter

25   that's pending.



Case 25-00200-ELG    Doc 37-1    Filed 07/31/25    Entered 07/31/25 11:48:26    Desc
Exhibit Copy of Transcript from the Meeting of Creditors    Page 41 of 42

41

Colloquy

1          MS. EUSTIS:  Thank you, Mr. Sadowski.

2          Mr. Metz, do you have any questions for Mr. Huertas?

3          MR. METZ:  I do not.  Thank you.

4          MS. EUSTIS:  Thank you.  So with that, I will conclude

5     the 341 meeting today.

6          Again, Mr. Huertas, just a reminder that monthly

7     operating reports are due on the 21st of the month for the

8     prior month.  And this is a subchapter V case, so quarterly

9     fees will not be due.  But you still need to get those monthly

10    operating reports timely filed because that's really the only

11    insight that my office, the Court, and parties-in-interest have

12    into what's going on in the case.

13          So with that, I will conclude the meeting.  Thank you

14    all for your time.

15          MR. ORENSTEIN:  Thank you very much.

16       (Whereupon the hearing was adjourned)

17

18

19

20

21

22

23

24

25



Case 25-00200-ELG   Doc 37-1   Filed 07/31/25   Entered 07/31/25 11:48:26   Desc
Exhibit Copy of Transcript from the Meeting of Creditors   Page 42 of 42

42

```
 1                            CERTIFICATE

 2   I certify that the foregoing is a correct transcript from the

 3   electronic sound recording of the proceedings in the above-

 4   entitled matter.

 5

 6

 7

 8   /s/

 9   _____        Date: July 31, 2025

     ESCRIBERS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



www.escribers.net | 800-257-0885