The order below is hereby signed.

Signed: July 29 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:                                     )
                                           )      Case No. 25-00200-ELG
JPK NewCo, LLC                             )      (Chapter 11 Subchapter V)
                                           )
        Debtor.                            )
_____)

## SCHEDULING ORDER

Upon review of JPK NewCo, LLC's Subchapter V Plan of Reorganization (the "Plan"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing on confirmation of the Plan shall be held on October 1, 2025, at 11:00 a.m. prevailing eastern time, via Zoom and in-person, with parties interested in participating remotely being able to retrieve the applicable credentials by sending an e-mail to Gunn_Hearings@dcb.uscourts.gov and with remote participation being governed by General Order 2024-03; and it is further

ORDERED, that the deadline for creditors to submit ballots shall be September 4, 2025, with ballots being returnable to JPK NewCo, LLC, in the care of its counsel, via e-mail sent to jorenstein@wolawgroup.com except a party without reasonable access to e-mail may submit a

ballot via US Mail to the mailing address printed upon said ballot; all ballots must be received by September 4, 2025; and it is further

ORDERED, that the deadline for any party in interest to object to confirmation of the Plan shall be September 4, 2025; and it is further

ORDERED, that debtor shall cause a copy of the Plan, this order and, where appropriate, a ballot conforming to the official form, to be served upon all parties in interest, via US Mail, postage prepaid, not later than July 31, 2025; and it is further

ORDERED, that the debtor shall file a tally of ballots received, not later than September 11, 2025.

I ask for this:

/s/ Jeffrey M. Orentein
JEFFREY M. ORENSTEIN
WOLFF & ORENSTEIN, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD  20850
(301) 250-7232
jorenstein@wolawgroup.com

*Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:  Case No. 25-00200-ELG
JPK Newco, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jul 29, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Defendant Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| Jeffrey M. Orenstein | on behalf of Debtor In Possession JPK Newco LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor In Possession JPK Newco LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 14