Jeremy S. Williams (DC 994825)
**KUTAK ROCK LLP**
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

*Co-Counsel to RE1, LLC and 423 Kennedy St Holdings, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| JPK NEWCO, LLC, | ) Case No. 25-00200-ELG |
| | ) |
| Debtor. | ) Subchapter V |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Rules"), the attorneys set forth below hereby appear as co-counsel for RE1, LLC and 423 Kennedy St Holdings, LLC. Request is hereby made, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person at the mailing address and email address indicated below:

Jeremy S. Williams, Esq.
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

    This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Richmond, Virginia  
Dated: August 5, 2025

/s/ *Jeremy S. Williams*  
**KUTAK ROCK LLP**  
Jeremy S. Williams (DC 994825)  
1021 East Cary Street, Suite 810  
Richmond, Virginia 23219  
Telephone: (804) 644-1700  
Facsimile: (804) 783-6192  
jeremy.williams@kutakrock.com  
*Co-Counsel to RE1, LLC and*  
*423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

    Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on August 5, 2025, a true and correct copy of the foregoing was served via the Court's ECF system to all registered participants, which includes counsel for the debtor.

/s/ *Jeremy S. Williams*