The order below is hereby signed.

Signed: August 19 2025



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

   *Debtor.*

Case No.:  25-00200-ELG

Chapter 11

JPK NEWCO, LLC, ET AL.,

   *Plaintiffs,*

v.

DEVELOPER RE1, LLC. ET AL.,

   *Defendants.*

Adv. Pro. No. 25-10015-ELG

### STIPULATED CONSENT ORDER CONTINUING HEARING AND
### EXTENDING TIME TO FILE A RESPONSE TO THE COMPLAINT

   This matter is before the Court on the Objection to Subchapter V Designation filed by

Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("Defendants") (the "Objection", ECF

#42) and the Opposition of WCP Fund I LLC to the Objection filed by JPK NewCo, LLC

("Debtor") and the WCP Fund I, LLC ("WCP") (the "Opposition", ECF #43).  The Debtor and the WCP noticed the Opposition for a hearing on August 20, 2025 at 10:00 a.m.

Also before the Court is the Adversary Proceeding known as Case. No. 25-AP-10015 (the "Adversary").  The current deadline for the Defendants to file a response to the Complaint filed in the Adversary is August 21, 2025.  The Defendants recently engaged the undersigned bankruptcy counsel, who entered an appearance on August 5, 2025.  Defendants' undersigned counsel asked counsel for the Debtor and the WCP to continue the hearing set for August 20, 2025 (due to a scheduling conflict) and for an extension of time to respond to the Complaint in the Adversary.  There being no prejudice to the Debtor and the WCP, and for cause shown, it is ORDERED that:

1.      The hearing set on the Objection and the Opposition is continued from August 20, 2025 to September 3, 2025 at 10:00 a.m.; and

2.      The deadline for Developer RE1, LLC and 423 Kennedy St Holdings, LLC to file a response to the Complaint in as the AP Case is extended to September 10, 2025.

3.      The Clerk is directed to docket this Order in the main case [Case No. 25-00200] and the Adversary [Case No. 25-10015].

4.      No further service of this Order is necessary as all parties shall receive notice via CM/ECF.

We ask for this:

/s/ *Jeremy S. Williams*
_____
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
*Co-Counsel to Developer RE1, LLC and*
  *423 Kennedy St Holdings, LLC*

Seen and Agreed:

/s/ *Maurice "Mac" VerStandig, Esq.*
_____
Maurice "Mac" VerStandig, Esq.
DC Bar. No. MD18071
mac@mbvesq.com
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road
#114-160
Potomac, MD  20854
Phone: (301) 444-4600
Cell: (240) 351-6442
*Special Counsel for JPK NewCo, LLC*

4922-6654-6784.1