The order below is hereby signed.

Signed: August 19 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>    *Debtor*. | Case No.: 25-00200-ELG<br><br>Chapter 11 |
| JPK NEWCO, LLC, ET AL.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>DEVELOPER RE1, LLC. ET AL.,<br><br>    *Defendants.* | Adv. Pro. No. 25-10015-ELG |

**STIPULATED CONSENT ORDER CONTINUING HEARING AND
EXTENDING TIME TO FILE A RESPONSE TO THE COMPLAINT**

This matter is before the Court on the Objection to Subchapter V Designation filed by

Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("Defendants") (the "Objection", ECF

#42) and the Opposition of WCP Fund I LLC to the Objection filed by JPK NewCo, LLC

("Debtor") and the WCP Fund I, LLC ("WCP") (the "Opposition", ECF #43). The Debtor and the WCP noticed the Opposition for a hearing on August 20, 2025 at 10:00 a.m.

Also before the Court is the Adversary Proceeding known as Case. No. 25-AP-10015 (the "Adversary"). The current deadline for the Defendants to file a response to the Complaint filed in the Adversary is August 21, 2025. The Defendants recently engaged the undersigned bankruptcy counsel, who entered an appearance on August 5, 2025. Defendants' undersigned counsel asked counsel for the Debtor and the WCP to continue the hearing set for August 20, 2025 (due to a scheduling conflict) and for an extension of time to respond to the Complaint in the Adversary. There being no prejudice to the Debtor and the WCP, and for cause shown, it is ORDERED that:

1. The hearing set on the Objection and the Opposition is continued from August 20, 2025 to September 3, 2025 at 10:00 a.m.; and

2. The deadline for Developer RE1, LLC and 423 Kennedy St Holdings, LLC to file a response to the Complaint in as the AP Case is extended to September 10, 2025.

3. The Clerk is directed to docket this Order in the main case [Case No. 25-00200] and the Adversary [Case No. 25-10015].

4. No further service of this Order is necessary as all parties shall receive notice via CM/ECF.

We ask for this:

/s/ *Jeremy S. Williams*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
*Co-Counsel to Developer RE1, LLC and*
  *423 Kennedy St Holdings, LLC*

Seen and Agreed:

/s/ *Maurice "Mac" VerStandig, Esq.*
Maurice "Mac" VerStandig, Esq.
DC Bar. No. MD18071
mac@mbvesq.com
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road
#114-160
Potomac, MD  20854
Phone: (301) 444-4600
Cell: (240) 351-6442
*Special Counsel for JPK NewCo, LLC*

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00200-ELG |
| JPK Newco, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Aug 19, 2025  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

**Recip ID        Recipient Name and Address**
dbpos          + JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

**Name                Email Address**

James D. Sadowski
                      on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                      on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                      on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski
                      on behalf of Defendant Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

Jeffrey M. Orenstein
                      on behalf of Debtor In Possession JPK Newco  LLC jorenstein@wolawgroup.com,
                      kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com |
| Jeremy S. Williams | on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com |
| Jeremy S. Williams | on behalf of Creditor RE1 LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession JPK Newco LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 17