| | |
|---|---|
| **KUTAK ROCK LLP** | **GREENSTEIN DELORME & LUCHS, P.C.** |
| Jeremy S. Williams (DC 994825) | James D. Sadowski (VSB No. 38326) |
| 1021 East Cary Street, Suite 810 | 801 17th Street, N.W., Suite 1000 |
| Richmond, Virginia 23219 | Washington, D.C. 20006 |
| Telephone: (804) 644-1700 | Phone: (202) 452-1400 |
| Facsimile: (804) 783-6192 | Fax: (202) 452-1410 |
| *Co-Counsel for Developer RE1, LLC and* | |
| *423 Kennedy St Holdings, LLC* | |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| JPK NEWCO, LLC, | ) ) | Case No. 25-00200 (ELG) |
| Debtor. | ) ) ) | Subchapter V |

### NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that the hearing previously scheduled for September 3, 2025, at 10:00 a.m. in connection with: (i) *Developer RE1, LLC's and 423 Kennedy St. Holdings, LLC's Objection to Subchapter V Designation* [Dkt. No. 42], (ii) the *Opposition of WCP Fund I LLC to Developer RE1, LLC's and Kenedy St. Holdings, LLC's Objection to Subchapter V Designation*, [Dkt. No. 43], and (iii) the *Motion of Developer RE1, LLC and 423 Kennedy St Holding, LLC for Abstention and to Dismiss or Stay Proceedings* [Dkt. No. 48] has been adjourned to **September 4, 2025, at 1:30 p.m. (Prevailing Eastern Time)**. The hearing will be held in Courtroom 1 at the E. Barrett Prettyman U.S. Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Parties may attend in person or virtually via Zoom. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

Parties in interest with questions may contact the undersigned.

4924-9255-3315.1

| | |
|---|---|
| Dated: August 27, 2025 | **DEVELOPER RE1, LLC AND**<br>**423 KENNEDY ST HOLDINGS, LLC,** |

/s/ *Jeremy S. Williams*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

James D. Sadowski (VSB No. 38326)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

4924-9255-3315.1

## **CERTIFICATE OF SERVICE**

   I hereby certify under penalty of perjury that on August 27, 2025, a copy of the foregoing document was served via CM/ECF or via first-class mail on the following necessary parties:

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
*Subchapter V Trustee*

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
*U.S. Trustee Trial Attorney*

JPK Newco, LLC, Debtor
8401 Greensboro Drive
Suite 960
McLean, VA 22102
*Debtor In Possession*

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD 20852
*Debtor's Counsel*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Debtor's Counsel*

                /s/ *Jeremy S. Williams*
                     Counsel

4924-9255-3315.1