<div style="display: flex; justify-content: space-between;">

**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

</div>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| JPK NEWCO, LLC, | ) Case No. 25-00200 (ELG) |
| | ) |
| Debtor. | ) Subchapter V |

### MOTION TO EXTEND TIME
### TO OBJECT TO DISCHARGEABILITY OF DEBT

Developer RE1, LLC and 423 Kennedy St Holdings, LLC (collectively, the "Claimants"), by counsel, moves to extend the time to file a complaint objecting to the dischargeability of certain debt of JPK Newco, LLC (the "Debtor" or "JPK") to and including November 27, 2025, as set forth in the proposed order attached hereto as **Exhibit A**, pursuant to Rules 4004 and 4007 of the Federal Rules of Bankruptcy Procedure, and states:

#### Jurisdiction and Venue

1. The United States Bankruptcy Court for the District of Columbia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

#### Background

3. The factual and procedural background is well known to this Court from certain

prior cases and is hereby incorporated by reference.[1]  Additional background is available in the *Motion to Dismiss Chapter 11 Petition Filed in Bad Faith* [Dkt. No. 19] and the *Motion of Developer RE1, LLC's and 423 Kennedy St Holdings, LLC for Abstention and to Dismiss or Stay Proceedings* [Dkt. No. 48] (the "Abstention Motion").

4.     On May 27, 2025, JPK initiated the above-captioned proceeding under Subchapter V, of Chapter 11 of the Bankruptcy Code (the "Bankruptcy") after its prior bankruptcy case was dismissed [Case No. 24-00262; Dkt. No. 85].  Almost immediately thereafter, JPK, among others, initiated an adversary proceeding against the Claimants [Adv. Proc. No. 25-10015] (the "Adversary") which Adversary is premised on the exact same issues which are currently before the D.C. Superior Court in two-related actions (the "Notes Litigation").

5.     The Notes Litigation includes, among other things, arguments by the Claimants that the Debtor (1) tortiously interfered with the Claimants' business relations, (2) the Debtor breached its duty of good daith and fair dealing to the Claimants, (3) the Debtor breached its fiduciary duty to the Claimants, and (4) the Debtor breached its contract with the Claimants.  The Claimants are also seeking punitive damages in connection with their claims against the Debtor in the Notes Litigation.  The Claimants assert damages against the Debtor in the amount of about $6,000,000 and punitive damages against the Debtor in the amount of $2,000,000.

6.     The Notes Litigation is, of course, stayed by the filing of the present Bankruptcy. With respect to the Notes Litigation and the Adversary, the Claimants filed the Abstention Motion on August 20, 2025, which is set for hearing on September 4, 2025.  The Abstention Motion seeks to have the Court abstain from hearing the Adversary in favor of the Notes Litigation proceeding in state court.

---

[1] *See* Case No. 24-00262-ELG and Adv. Proc. No. 24-10023-ELG.

7.      The outcome of the Notes Litigation will likely determine whether or not the claims asserted against the Debtor give rise to nondischargeable debts under the Bankruptcy Code. To force the parties to litigate those matters now would be an improper use of resources and serve little purpose. The better course of action is to await a ruling in the Notes Litigation.

### Requested Relief

8.      The current deadline to file a complaint objecting to the dischargeability of certain debts under 11 U.S.C. § 523 is August 29, 2025 (the "Deadline") per the *Notice of Chapter 11 Bankruptcy Case* [Dkt. No. 9]. The Claimants require additional time to assess whether they need to file a complaint objecting to the Debtor's dischargeability of debts with respect to the Claimants.

9.      The Claimants currently have the Abstention Motion set to be heard in one week, and the outcome of the Abstention Motion will be determinative of whether the Claimants may proceed with the Notes Litigation in state court. As previously stated, the Claimants are pursuing a number of claims against the Debtor, claims which may include a finding by the D.C. Superior Court of willful injury resulting in such damages being excepted from discharge pursuant to § 523(a)(6). Depending on the outcome of the Abstention Motion, the Adversary, and the Notes Litigation, the Claimants could be a significant creditor with respect to the Debtor, and the Debtor's debt to the Claimants could be nondischargeable. Forcing the Claimants to litigate that issue now when such issues will likely be resolved as part of the Notes Litigation is imprudent.

10.     As a result, the Claimants are requesting an extension of the current Deadline for 90 days, through and including November 27, 2025. Such extension is reasonable under the circumstances and does not prejudice the Debtor.

**WHEREFORE**, the Claimants request the Court to extend the time to file a complaint

3

4936-6788-8996.1

objecting to the dischargeability of certain debt to and including November 27, 2025, and to award any further relief the Court deems proper.

Dated: August 29, 2025

**DEVELOPER RE1, LLC AND
423 KENNEDY ST HOLDINGS, LLC,**

/s/ *Jeremy S. Williams*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

James D. Sadowski (VSB No. 38326)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and
423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on August 29, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all necessary parties.

/s/ *Jeremy S. Williams*
Counsel

# **EXHIBIT A**

4936-6788-8996.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JPK NEWCO, LLC, | ) | Case No. 25-00200 (ELG) |
| | ) | |
| Debtor. | ) | Subchapter V |
| | ) | |

**ORDER**

This matter came before the Court upon the *Motion to Extend Time to Object to Dischargeability of Debt* (the "Motion") filed Developer RE1, LLC and 423 Kennedy St Holdings, LLC (collectively, the "Claimants"); the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334; consideration of the Motion and the relief requested herein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and sufficient cause appearing therefore, it is **ORDERED, ADJUDGED, and DECREED** that:

1. The Motion is hereby granted.

2. The time to file a complaint objecting to the dischargeability of certain debt with respect to the Claimants is extended to and including November 27, 2025.

6

4936-6788-8996.1

3. No further service of this Order is required as all necessary parties shall receive notice via ECF.

Order submitted by:

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

4936-6788-8996.1