The order below is hereby signed.

Signed: September 2 2025

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

    **JPK Newco, LLC,**
        **Debtor.**

Case No. 25-00200-ELG
Chapter 11

## ORDER DENYING MOTION TO DISMISS CASE

On June 23, 2025, Developer RE1, LLC and 423 Kennedy St. Holdings, LLC filed a *Motion to Dismiss Chapter 11 Petition Filed in Bad Faith* (ECF No. 19) (the "Motion to Dismiss"). On July 23, 2025, WCP Fund I LLC filed an *Opposition* (ECF No. 29), and on July 24, 2025, JPK Newco, LLC (the "Debtor) also filed an *Opposition* (ECF No. 30). These matters were heard by the Court on July 30, 2025 and July 31, 2025 (the "Hearing").

For the reasons stated on the record at the Hearing, it is **ORDERED** that:

1. The Motion to Dismiss is **DENIED**.

2. The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.