UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

Tally of Ballots

In re:
JPK NEWCO, LLC                                                                                              Case No.    25-00200-ELG

| Creditor Class | No. of Members of Class Casting Ballot | Total Value of Claims Voting | Number Accepting | Percent Accepting | Value of Acceptances | Percent of Value Accepting | Number Rejecting | Percent Rejecting | Value of Rejections | Percent Value of Rejections | Indicate if Class is Unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 3 | $6071482.49 | 1 | 33.3% | $71482.49 | 1.12% | 2 | 66.7% | $6000000.00 | 98.88% | Impaired |
| II | 0 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0 | 0.00% | $0.00 | 0.00% | Unimpaired |