| | |
|---|---|
| **KUTAK ROCK LLP** | **GREENSTEIN DELORME & LUCHS, P.C.** |
| Jeremy S. Williams (DC 994825) | James D. Sadowski (DC 446635) |
| 1021 East Cary Street, Suite 810 | Alexandria J. Smith (DC 1781067) |
| Richmond, Virginia 23219 | 801 17th Street, N.W., Suite 1000 |
| Phone: (804) 644-1700 | Washington, D.C. 20006 |
| Fax: (804) 783-6192 | Phone: (202) 452-1400 |
| *Co-Counsel for Developer RE1, LLC and* | Fax: (202) 452-1410 |
| *423 Kennedy St Holdings, LLC* | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | |
| JPK NEWCO, LLC, | Case No.: 25-00200-ELG |
| | Chapter 11 |
| *Debtor*. | |

## NOTICE OF APPEAL

**Part I: Identify the Appellants:**

1. Name of appellants: Developer RE1, LLC and 423 Kennedy St Holdings, LLC

2. Position of appellant in the bankruptcy case that is subject of this appeal: Parties-in-interest / Creditors.

**Part 2: Identify the Subject of this Appeal:**

1. Describe the judgment, order, or decree appealed from: Order Denying Motion to Dismiss Case [Docket Entry No. 59].

2. State the date the judgment, order, or decree was entered: September 2, 2025 [Docket Entry No. 59].

**Part 3: Identify the Other Parties to this Appeal:**

Party:   JPK NewCo, LLC        Attorney:   Jeffrey M. Orenstein, Esq.
                                           15245 Shady Grove Road
                                           Suite 465
                                           Rockville, MD  20852
                                           (301) 250-7232
                                           JOrenstein@wolawgroup.com

8161\0002\4901-3849-3033.v1

Party:   JPK NewCo, LLC           Attorney:   Maurice B. VerStandig, Esq.
                                              The VerStandig Law Firm, LLC
                                              1452 W. Horizon Ridge Pkwy., #665
                                              Henderson, NV  89012
                                              (301) 444-4600
                                              mac@mbvesq.com


Dated:  September 16, 2025        DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,

/s/ Alexandria J. Smith
James D. Sadowski (DC 446635)
Alexandria J. Smith (DC 1781067)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Emails: ajs@gdllaw.com; jds@gdllaw.com;

and

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia  23219
Telephone: (804) 644-1700
Fax: (804) 783-6192
Email: jeremy.williams@kutakrock.com

*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*


CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2025, a true copy of the foregoing Notice of Appeal should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

/s/ Alexandria J. Smith
Alexandria J. Smith

2

8161\0002\4901-3849-3033.v1