## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| ) | Case No. 25-00200-ELG |
| **JPK Newco, LLC** ) | |
| **Debtor** ) | (Chapter 11) |
| ) | in the Bankruptcy Court] |
| ) | |
| ) | |
| ) | |
| **IN RE: JPK Newco, LLC** ) | |
| ) | |
| ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## TRANSMITTAL OF NOTICE OF APPEAL

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Notice of Appeal (Docket. No. 63) in the above-captioned bankruptcy case.

**Other comments:**

- The Appellant is appealing:
ECF No. 59: Order Denying Motion to Dismiss Case

The parties to the order appealed and their respective attorneys are as follows:

| Appellant | Attorney |
|---|---|
| JPK NewCo, LLC<br>8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102<br>FAIRFAX-VA | Jeffrey M. Orenstein, Esq.<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20852<br>(301) 250-7232<br>JOrenstein@wolawgroup.com<br><br>Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |

                                                      Angela D. Caesar,
                                                     Clerk of the Court

Dated: 9/17/2025                                      By: /s/ Megan Bleskoski
                                                                     Deputy Clerk