The order below is hereby signed.

Signed: September 22 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| JPK NEWCO, LLC, | ) Case No. 25-00200 (ELG) |
| | ) |
| Debtor. | ) Subchapter V |
| | ) |

**ORDER GRANTING MOTION OF DEVELOPER RE1, LLC AND
423 KENNEDY ST HOLDINGS, LLC TO (I) SUSPEND CONFIRMATION
DEADLINES; AND (II) ADJOURN OBJECTION TO SUBCHAPTER V DESIGNATION**

THIS MATTER comes before the Court upon the *Motion of Developer RE1, LLC and 423 Kennedy St Holdings, LLC to (I) Suspend Confirmation Deadlines; and (II) Adjourn Objection to Subchapter V Designation* (the "Motion"),[1] filed by Developer RE1, LLC and 423 Kennedy St Holdings, LLC (collectively, the "Claimants") seeking an order: (i) amending the *Scheduling Order* [Dkt. No. 32] (the "Scheduling Order") which governs certain deadlines in connection with the confirmation of the *Debtor's Chapter 11, Subchapter V Plan of Reorganization* [Dkt. No. 31] (the "Plan") filed by JPK NewCo, LLC ("JPK"); and (ii) to adjourning the hearing on *Developer RE1, LLC's and 423 Kennedy St Holdings, LLC's Objection to Subchapter V Designation* [Dkt. No. 42] (the "Designation Objection"). It appearing that the Motion was properly served

---

[1] Capitalized terms not otherwise defined herein shall be ascribed the meaning set forth in the Motion.

4925-6940-6054.1

upon all entities, that notice was appropriate under the circumstances, and that good cause exists as set forth in the Motion and as stated at the hearing held in connection with the Motion, **IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is hereby granted.

2. The deadline set forth in the Scheduling Order for filing an objection to the proposed plan is extended and the confirmation hearing is hereby continued. All other deadlines shall remain the same. A status conference on the proposed plan will be held on October 29, 2025 at 11:00 a.m.

3. JPK is ordered to submit to Claimants, its objection to the Discovery, if any, or file its request to limit the Discovery, on or before September 18, 2025. The Claimants shall file an objection or motion to compel in response thereto, on or before October 2, 2025. A hearing will be held in connection therewith on October 29, 2025, at 11:00 a.m.

4. The Court retains jurisdiction to resolve all matters arising in connection with this Order.

5. No further service of this Order is required because counsel for all necessary parties shall be served via the Court's ECF system.

4925-6940-6054.1

Order submitted by:

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

Seen and Objected:


/s/ *Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for JPK NewCo LLC*

4925-6940-6054.1