| | |
|---|---|
| **KUTAK ROCK LLP** | **GREENSTEIN DELORME & LUCHS, P.C.** |
| Jeremy S. Williams (DC 994825) | James D. Sadowski (DC 446635) |
| 1021 East Cary Street, Suite 810 | Alexandria J. Smith (DC 1781067) |
| Richmond, Virginia 23219 | 801 17th Street, N.W., Suite 1000 |
| Telephone: (804) 644-1700 | Washington, D.C. 20006 |
| Facsimile: (804) 783-6192 | Phone: (202) 452-1400 |
| *Co-Counsel for Developer RE1, LLC and* | Fax: (202) 452-1410 |
| *423 Kennedy St Holdings, LLC* | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| JPK NEWCO, LLC, | ) | Case No. 25-00200 (ELG) |
| | ) | |
| Debtor. | ) | Subchapter V |
| | ) | |
| DEVELOPER RE1, LLC, *et al*, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| JPK NEWCO, LLC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, Developer RE1, LLC and 423 Kennedy St. Holdings, LLC (the "Defendants"), by counsel, filed *Movants' Motion to Compel Discovery Responses* [Docket No. 71] (the "Motion") with the United States Bankruptcy Court for the District of Columbia (the "Court").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the matter, **no later than October 24, 2025**, you or your attorney must:

File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining your position, at:

4935-8831-6787.1

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Jeremy S. Williams
Kutak Rock LLP
1021 E. Cary St., Ste. 810
Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Please take notice that a hearing for this matter will be held on **October 29 2025, at 11:00 a.m.** The hearing will be held in Courtroom 1 at the E. Barrett Prettyman U.S. Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Parties may attend in person or virtually via Zoom. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

Parties in interest with questions may contact the undersigned.

Dated: October 14, 2025                               **DEVELOPER RE1, LLC AND**
                                                      **423 KENNEDY ST HOLDINGS, LLC,**

                                                      /s/ *Jeremy S. Williams*
                                                      Jeremy S. Williams (DC 994825)
                                                      KUTAK ROCK LLP
                                                      1021 East Cary Street, Suite 810
                                                      Richmond, Virginia  23219
                                                      Telephone: (804) 644-1700
                                                      Facsimile: (804) 783-6192
                                                      Email: jeremy.williams@kutakrock.com

                                                      and

4935-8831-6787.1

        James D. Sadowski (VSB No. 38326)
        Alexandria J. Smith (DC 1781067)
        GREENSTEIN DELORME & LUCHS, P.C.
        801 17th Street, N.W., Suite 1000
        Washington, D.C. 20006
        Phone: (202) 452-1400
        Fax: (202) 452-1410
        Email: jds@gdllaw.com

        *Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 14, 2025, a copy of the foregoing document was served via CM/ECF on the following necessary parties:

| | |
|---|---|
| Stephen A. Metz<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814<br>*Subchapter V Trustee* | JPK Newco, LLC, Debtor<br>8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102<br>*Debtor In Possession* |
| Kristen S. Eustis<br>Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314<br>*U.S. Trustee Trial Attorney* | Jeffrey M. Orenstein<br>Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20852<br>*Debtor's Counsel* |
| | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>*Debtor's Counsel* |

        /s/ *Jeremy S. Williams*
            Counsel

4935-8831-6787.1