**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: _____   Date report filed: _____
                                          MM / DD / YYYY

Line of business: _____   NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party  *Christina Araujo*

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____       Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name  _____             Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                    _____
27. What is the number of employees as of the date of this monthly report?                                       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                      $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____
30. How much have you paid this month in other professional fees?                                                $ _____
31. How much have you paid in total other professional fees since filing the case?                               $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | — | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                            $ _____
36. Total projected cash disbursements for the next month:                                                      − $ _____
37. Total projected net cash flow for the next month:                                                           = $ _____

Debtor Name  _____                    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

| **DEBTOR:** | JPK NewCo, LLC | **CASE NUMBER:** | 25-00200 |
|---|---|---|---|

**OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION**
**MONTHLY OPERATING REPORT**
**CHAPTER 11 - BUSINESS DEBTORS**
Form 2-A
**COVER SHEET AND QUESTIONNAIRE**

For Month Ended: Sep-25

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

### THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document: Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| X | ☐ | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| X | ☐ | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| X | ☐ | 3. | Disbursements Summary for the Month (Form 2-D) |
| X | ☐ | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|---|---|---|---|
| X | ☐ | 5. | Balance Sheet (Form 2-F) |
| X | ☐ | 6. | Profit and Loss Statement (Form 2-G) |
| X | ☐ | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| X | ☐ | 8. | Bank Statements for All Bank Accounts |
| X | ☐ | 9. | Bank Statement Reconciliations for all Bank Accounts |

| **QUESTIONNAIRE** | Yes | No |
|---|---|---|
| Please answer the questions below: | | |
| 1. Is the business still operating? | x | |
| 2. Were any assets (other than inventory) sold this month? | | x |
| 3. Were all employees timely paid this month? | x | |
| 4. Are all insurance policies and operating licenses current and in effect? | x | |
| 5. Did you open any new bank accounts this month? | | x |
| 6. Did you deposit all receipts into your DIP account this month? | x | |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | x | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | x | |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 10/16/2025   **Print Name:** Christina Araujo
**Signature:** *Christina Araujo*
**Title:** Vice President of Finance

Rev. 11/2012

12:03 PM
10/16/25
Accrual Basis

# JPK NewCo LLC
## Balance Sheet
### As of September 30, 2025

|  | Sep 30, 25 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1001 DPA Account - 8700 | 31,524.17 |
|     **Total Checking/Savings** | 31,524.17 |
|     **Other Current Assets** | |
|       1400 Prepaids | 20,000.00 |
|     **Total Other Current Assets** | 20,000.00 |
|   **Total Current Assets** | 51,524.17 |
|   **Other Assets** | |
|     **1240 Notes Receivables** | |
|       419-423 Kennedy St | 2,169,087.98 |
|       5505 1st St NW | 911,426.88 |
|     **Total 1240 Notes Receivables** | 3,080,514.86 |
|   **Total Other Assets** | 3,080,514.86 |
| **TOTAL ASSETS** | **3,132,039.03** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         **2600 Notes Payables** | |
|           Shaheen Sariri | 50,000.00 |
|         **Total 2600 Notes Payables** | 50,000.00 |
|       **Total Other Current Liabilities** | 50,000.00 |
|     **Total Current Liabilities** | 50,000.00 |
|   **Total Liabilities** | 50,000.00 |
|   **Equity** | |
|     SF NU, LLC | 899,861.88 |
|     WCP Fund I LLC | 2,177,587.98 |
|     Net Income | 4,589.17 |
|   **Total Equity** | 3,082,039.03 |
| **TOTAL LIABILITIES & EQUITY** | **3,132,039.03** |

11:59 AM
10/16/25
Accrual Basis

# JPK NewCo LLC
## Profit & Loss
### January through September 2025

|  | Jan - Sep 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Interest Income | 4,604.17 |
|   **Total Income** | 4,604.17 |
|   **Expense** | |
|     6200 Bank Service Charges | 15.00 |
|   **Total Expense** | 15.00 |
| **Net Ordinary Income** | 4,589.17 |
| **Net Income** | **4,589.17** |

12:04 PM
10/16/25

# JPK NewCo LLC
## Statement of Cash Flows
September 2025

|  | Sep 25 |
|---|---:|
| **Cash at beginning of period** | 31,524.17 |
| **Cash at end of period** | 31,524.17 |



**United Processing Center**
P.O. Box 393
Charleston, WV 25322-0393

| | |
|---|---|
| Account Number: | XXXXXX8700 |
| Statement Date: | 09/30/2025 |
| Page: | 1 of 1 |

6029 W18493REG10012504062 01 000000000 321006 001

 JPK NEWCO LLC
DEBTOR IN POSSESSION ACCOUNT
8401 GREENSBORO DR SUITE 960
MC LEAN VA 22102-5149

**Customer Care Information**

| | | |
|---|---|---|
| | Phone: | 800.327.9862 |
| | Mailing Address: | P.O. Box 393<br>Charleston, WV 25322-0393 |
| | Visit Us Online: | BankWithUnited.com |

   

**FREE BUSINESS CHECKING**                  Account Number:       8700

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 09/01/25** | $31,524.17 |
| + Deposits and Credits (0) | $0.00 |
| − Checks Posted (0) | $0.00 |
| − Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 09/30/25** | **$31,524.17** |
| Number of Days in Statement Period | 30 |
| Low Balance | $31,524.17 |
| Average Balance | $31,524.17 |
| Average Collected Balance | $31,524 |

### Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# Less Paper. More Convenience.



Simplify your life by signing up online for eStatement and eNotices – they're fast, convenient and completely secure.

Scan the QR code to sign up for free eStatements today through Online Banking or the Bank With United app.



MEMBER FDIC