## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JPK Newco, LLC | ) | Case No. 25-00200-ELG |
| Debtor | ) | Ch. 11 |
| _____ | ) | |
| | ) | |
| 423 Kennedy St Holdings LLC | ) | |
| | ) | |
| Developer RE1 LLC | ) | |
| Appellant(s) | ) | |
| | ) | Civil Action No. 1: 25-cv-03250-SLS |
| | ) | |

## TRANSMITTAL OF RECORD ON APPEAL

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is a Transmittal of the Record on Appeal in the above-captioned bankruptcy and adversary proceedings.

**Documents related to the appeal include:**

**Bankruptcy Petition #: 25-00200-ELG**

| ECF # | Document | Filer |
|---|---|---|
| 19 | Motion to Dismiss Case *Filed in Bad Faith* | 423 Kennedy St Holdings LLC<br><br>Developer RE1 LLC |
| 59 | Order Denying Motion to Dismiss Case. | Judge Gunn |

| 63 | Notice of Appeal to District Court | 423 Kennedy St Holdings LLC<br><br>Developer RE1 LLC |
|---|---|---|
| 65 | Motion for Leave to Appeal | 423 Kennedy St Holdings LLC<br><br>Developer RE1 LLC |
| 66 | Transmittal of the Notice of Appeal to District Court via email notification | 423 Kennedy St Holdings LLC<br><br>Developer RE1 LLC |

**Other comments:**

No designations filed.

Angela D. Caesar,
Clerk of the Court

Dated: 10/21/2025

By: /s/ Megan Bleskoski
Deputy Clerk