Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-200-ELG |
| | ) | (Chapter 11) |
| JPK NEWCO LLC | ) | |
| | ) | |
| Debtor. | ) | |

## OPPOSITION TO MOTION TO COMPEL

Come now JPK NewCo LLC ("JPL" or the "Debtor"), by and through undersigned counsel, in opposition to Developer RE1, LLC's and 423 Kennedy St. Holdings, LLC's Motion to Compel (the "Motion"), DE #71, and state as follows:

Of even date herewith, responses to the movants' discovery requests have been served via e-mail. While the discovery requests appear to be uniformly lacking of relevance, in light of the posture of extant case law governing eligibility to be a Subchapter V debtor, the Debtor is equally aware that this Honorable Court did permit the movants to seek discovery and that the Debtor—consciously—elected to not seek a protective order. It is important to the Debtor, in the throes of a case where myriad illicit allegations have been—and continue to be—leveled, to show that the Debtor truly has nothing to hide.

The timing of response obligation is not as clear as suggested in the Motion, insofar as a date certain was set as a deadline to seek a protective order, without a correlative date for responses

1

to be served. The Debtor does agree, however, that responses need to be produced, and the Debtor is glad to have now done so.

Accordingly, it is respectfully urged the Motion be denied as moot. And while the Debtor has every confidence there will not be any issue with the responses furnished, the Debtor also respects that such a denial ought to be without prejudice to any subsequent motions practice upon the movants' substantive review of the discovery responses furnished.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) deny the Motion; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: October 24, 2025          By:      /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          Bar No. MD18071
                                          The VerStandig Law Firm, LLC
                                          9812 Falls Road, #114-160
                                          Potomac, Maryland 20854
                                          Phone: (301) 444-4600
                                          mac@mbvesq.com
                                          *Special Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig