**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and
423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC 446635)
Alexandria J. Smith (DC 1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| JPK NEWCO, LLC, | ) |
| | ) Case No. 25-00200 (ELG) |
| Debtor. | ) |
| | ) Subchapter V |
| | ) |

**JOINT MOTION TO APPOINT JUDICIAL MEDIATOR**

Developer RE1, LLC and 423 Kennedy St Holdings, LLC (collectively, the "Creditors"), JPK NewCo, LLC (the "Debtor"), WCP Fund I LLC, SF NU, LLC, Russel Drazin, DP Capital LLC and Daniel Huertas (collectively, and together with the Creditors and the Debtor, the "Parties") and by and through their respective counsel, hereby move (the "Motion") for the entry of an order appointing a judicial mediator to mediate the matters described below pursuant to 28 U.S.C. §§ 651, 652, and 653 as amended by the Alternative Dispute Resolution Act of 1998. In support thereof, the Parties state as follows:

**Parties and Jurisdiction**

1. JPK NewCo, LLC is the debtor in the above referenced Chapter 11 Subchapter V bankruptcy proceeding (the "Bankruptcy Case").

2. Developer RE1, LLC and 423 Kennedy St Holdings, LLC are creditors of the Debtor in the instant Bankruptcy Case.

4916-6067-8006.1

3. WCP Fund I, LLC, SF NU, LLC and Russel Drazin are plaintiffs in an adversary proceeding associated with the Bankruptcy Case at Adv. Proc. No. 25-10015.

4. DP Capital LLC, Russel Drazin, Daniel Huertas, SF NU, LLC and WCP Fund I LLC are defendants in an adversary proceeding associated with the Bankruptcy Case at Adv. Proc. No. 25-10037.

5. This Court has personal jurisdiction over the Parties pursuant to Rule 7004(f) of the Federal Rules of Bankruptcy Procedure.

## Background

6. On May 28, 2025, the Debtor, along with WCP Fund I LLC, SF NU, LLC and Russel Drazin, filed an adversary proceeding against the Creditors under Adv. Proc. No. 25-10015 (the "First Adversary Proceeding"). In connection with the First Adversary Proceeding, the Creditors have filed *Developer RE1, LLC and 423 Kennedy St Holdings, LLC's Partial Motion to Dismiss* [Adv. Proc. No. 25-10015; Docket No. 20] (the "Motion to Dismiss")

7. On September 1, 2025, the Creditors removed pending litigation against DP Capital LLC, Russel Drazin, Daniel Huertas, SF NU, LLC, WCP Fund I, LLC and the Debtor from the D.C. Superior Court, which case was assigned Adv. Proc. No. 25-10037 (the "Second Adversary Proceeding" and together with the First Adversary Proceedings, the "Adversary Proceedings").

8. On August 1, 2025, the Creditors filed *Developer RE1, LLC's and 423 Kennedy St Holding, LLC's Objection to Subchapter V Designation* [Docket No. 4] (the "Subchapter V Objection").

9. On October 14, 2025, the Creditors filed *Movants' Motion to Compel Discovery Responses* [Docket No. 71] (the "Motion to Compel").

4916-6067-8006.1

10. In addition, the Creditors have appealed [Docket No. 63] the *Order Denying Motion to Dismiss Case* [Docket No. 59] and sought to withdraw the reference in each of the Adversary Proceedings.

11. The Parties have decided that judicial mediation with respect to the outstanding issues in the Adversary Proceedings and the Bankruptcy Case is in the Parties' best interest. Furthermore, the Parties seeks a stay of all pending matters before the Court including the Motion to Dismiss, the Subchapter V Objection and the Motion to Compel.

12. The Parties have agreed that upon entry of an order directing mediation, the Parties will seek a stay of the pending matters before the United States District Court for the District of Columbia.

### Relief Requested

13. The Parties, through their respective counsel, wish to settle the matters listed herein through mediation and believe that a judicial mediator will help the Parties to assess their respective risks in this bankruptcy proceeding and associated litigation in an effort to reach a negotiated resolution.

14. The Parties also request that, in light of judicial mediation, any deadlines or hearings in the Bankruptcy Case or Adversary Proceedings be stayed generally.

15. Furthermore, mediation at this point in time, before the Parties have expended additional resources in discovery, arguing motions and at trial, will be most beneficial to the Parties.

**WHEREFORE,** the Parties hereby jointly request that the Court appoint a judicial mediator to mediate the Bankruptcy Case and the Adversary Proceedings and that the Court stay any pending deadlines or hearings in the Bankruptcy Case or the Adversary Proceedings, including

the Motion to Dismiss, the Subchapter V Objection and the Motion to Compel, and to award any further relief the Court deems proper.

Dated: October 31, 2025
Richmond, Virginia

Jointly filed by:

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

/s/ *Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for JPK NewCo LLC,*
*WCP Fund I LLC, SF NU, LLC,*
*Russel Drazin, DP Capital LLC*
*and Daniel Huertas*

4

4916-6067-8006.1

## CERTIFICATE OF SERVICE

      Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that a true and correct copy of the foregoing was served via CM/ECF on October 31, 2025 on the parties listed below and that no further service is required.

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

                                        By: /s/ *Jeremy S. Williams*
                                              Counsel