Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig
Law Firm, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| JPK NewCo LLC, | ) Case No. 25-200-ELG |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| JPK NewCo LLC, *et al*, | ) |
| | ) Adv. Case No. 25-10015-ELG |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Developer RE1 LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| Developer RE1 LLC, *et al.* | ) |
| | ) Adv. Case No. 25-10037-ELG |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DP Capital LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

1

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), pursuant to Local Rule 2091-1(a), and respectfully move this Honorable Court for leave to withdraw as counsel for (i) Daniel Huertas, (ii) WCP Fund I LLC, (iii) DP Capital, LLC, and (iv) JPK NewCo LLC.

VLF does *not* seek to withdraw as counsel for (a) Russell Drazin, or (b) SF NU, LLC.

The withdrawal sought herein is for reasons protected by the attorney/client privilege.

Respectfully submitted,

Dated: June 14, 2026          By:     /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road, #114-160
                                      Potomac, Maryland 20854
                                      Phone: (301) 444-4600
                                      mac@mbvesq.com

*[Certificate of Service on Following Page]*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

WCP Fund I LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

DP Capital LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

Daniel Huertas
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

JPK NewCo LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

/s/ Maurice B. VerStandig
Maurice B. VerStandig