Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JPK NewCo LLC, | ) | Case No. 25-200-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| JPK NewCo LLC, *et al*, | ) | |
| | ) | Adv. Case No. 25-10015-ELG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Developer RE1 LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Developer RE1 LLC, *et al.* | ) | |
| | ) | Adv. Case No. 25-10037-ELG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE**
**OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**

1

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig and The VerStandig Law Firm, LLC have filed a motion to withdraw as counsel for Daniel Huertas, WCP Fund I LLC, DP Capital LLC and JPK NewCo LLC.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JUNE 22, 2026, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for June 24, 2026 at 1:00 PM. The hearing will be held via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: June 14, 2026

By:     /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        Bar No. MD18071
        The VerStandig Law Firm, LLC
        9812 Falls Road, #114-160
        Potomac, Maryland 20854
        Phone: (301) 444-4600
        mac@mbvesq.com

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

WCP Fund I LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

DP Capital LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

Daniel Huertas
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

JPK NewCo LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

/s/ Maurice B. VerStandig
Maurice B. VerStandig