# Matter Billing Guide

| | | | | |
|---|---|---|---|---|
| Date: | 06/03/2026 | | Staff Responsible: | Jeffrey M. Orenstein |
| Matter: | 25-0243 JPK NewCo, LLC | | Staff Acting: | Jeffrey M. Orenstein |
| | Voluntary Chapter 11 | | Staff Assisting: | Jessica B. Wolff |
| Debtor: | JPK NewCo, LLC | | Originating Attorney: | Jeffrey M. Orenstein |
| | c/o Daniel Huertas, WCP Fund, I, LLC, Manager | | | |
| | 8401 Geensboro Drive | | | |
| | 960 | | | |
| | McLean VA 22102 | | | |
| Debtor Comment: | | | | |

## Summary:

| Aged Billable | Total | Current | >30 days | >60 days | >90 days |
|---|---|---|---|---|---|
| **Fees (WIP)** | **$24,864.19** | **$258.00** | **$225.50** | **$237.00** | **$24,143.69** |
| Fees | $24,864.19 | $258.00 | $225.50 | $237.00 | $24,143.69 |
| **Disbursements** | - | - | - | - | - |
| Anticipated Expenses | - | - | - | - | - |
| Expense Recoveries | - | - | - | - | - |
| Journals | - | - | - | - | - |
| Expenses | - | - | - | - | - |
| | $24,864.19 | $258.00 | $225.50 | $237.00 | $24,143.69 |

| Time/Fees By Staff | Billable | | | | Billed | | | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Hours Amt | Fee Amt | Total Amt | Hours | Hours Amt | Fee Amt | Total Amt |
| Jeffrey M. Orenstein | 44.50 | $22,755.00 | - | $22,755.00 | 5.40 | $2,754.00 | - | $2,754.00 |
| Jessica B. Wolff | 0.00 | - | $219.69 | $219.69 | 0.00 | - | - | - |
| Matthew E. Abbott | 6.00 | $1,889.50 | - | $1,889.50 | 2.90 | $864.00 | - | $864.00 |
| | 50.50 | $24,644.50 | $219.69 | $24,864.19 | 8.30 | $3,618.00 | - | $3,618.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# EXHIBIT A

# Matter Billing Guide

| Trust Account Balances | | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|

| Aged Receivables | Totals | Rtnr./Credits | Current | >30 days | >60 days | >90 days |
|---|---|---|---|---|---|---|
| Retained Trust Funds | - | - | - | - | - | - |
| Finalized Invoices | $3,618.00 | - | - | - | - | $3,618.00 |
| | $3,618.00 | - | - | - | - | $3,618.00 |

## Breakdown:

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 05/27/2025 | JMO | E-mailing client regarding filing and regarding potential for S. Metz second appointment | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JBW | Certificate of Service - Notice of Employment of Counsel | 0.00 | $23.40 | $23.40 | - | $23.40 |
| 05/28/2025 | JMO | E-mailing with K. Eustis regarding appointing trustee | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JMO | E-mailing with court regarding hearing on applications to employ | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JMO | Preparing notice of filing of application to employ | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 05/28/2025 | JMO | E-mailing with L. Dahlk regarding receivables and e-mailing client regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JMO | E-mailing with M. VerStandig regarding applications to employ counsel and special counsel | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JMO | Receive and review e-mail from certificate of service regarding completion of service of notice of application | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/28/2025 | JMO | E-mailing K. Eustis, B. Adhikari, S. Metz and client regarding IDI and 341 dates | 0.30 | $510.00 | $153.00 | - | $153.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 05/28/2025 | JMO | Receive and review draft complaint against developer RE1 and 423 Kennedy | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 05/28/2025 | JMO | Receive and review M. VerStandig application | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/29/2025 | JMO | Receive and review e-mail from UST regarding communications with debtor and regarding 341 and IDI; providing signed waiver | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/29/2025 | JMO | E-mailing client regarding Chapter 11 guidelines, DIP account, and IDI and 341 meeting | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/29/2025 | JMO | Receive and review notice of appointment of S. Metz and notice of 341 meeting | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 05/29/2025 | JMO | Receive and review scheduling order; calendar same | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 06/02/2025 | JBW | Certificate of Service - Scheduling Order | 0.00 | $22.20 | $22.20 | - | $22.20 |
| 06/02/2025 | JMO | Planning with M. Abbott regarding IDI and pre-meeting documents | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 06/02/2025 | JMO | E-mailing client regarding requirement of new DIP account although existing account is DIP account from first case | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/02/2025 | JMO | Receive and review notice of completion of service of scheduling order and filing same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/02/2025 | JMO | Research service contact for United Bank and preparing certificate of service of notice of commencement | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 06/03/2025 | JMO | Receive and review notice of entry of appearance | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/03/2025 | JMO | Preparing corporate ownership statement and filing same with United Bank certification | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/03/2025 | JMO | E-mailing with B. Adhikari and K. Eustis regarding DIP account | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/04/2025 | JMO | E-mailing with K. Eustis and C. Araujo regarding DIP account | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/09/2025 | JMO | Meeting with M. Abbott regarding IDI documents | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/09/2025 | JMO | E-mailing client regarding IDI prep meeting | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/12/2025 | JMO | Meeting with client regarding IDI prep | 0.50 | $510.00 | $255.00 | - | $255.00 |
| 06/13/2025 | JMO | Attending IDI | 0.50 | $510.00 | $255.00 | - | $255.00 |
| 06/13/2025 | JMO | Telephone call with D. Huertas regarding follow-up on MOR and 341 | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/13/2025 | JMO | E-mailing with B. Adhikari regarding follow-up requests following IDI | 0.10 | $510.00 | $51.00 | - | $51.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|------|--------|-------------|-------|------|-------------|-----|--------------|
| 06/13/2025 | JMO | E-mailing with client regarding e-mail from B. Adhikari and regarding responses regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/16/2025 | JMO | E-mailing K. Eustis regarding agreement on no need to provide insurance of ID documents because of receipt in prior case | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/18/2025 | JMO | Receive and review objection to application to employ special counsel | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/19/2025 | JMO | Telephone call with M. VerStandig regarding objection to his employment app and question regarding need for response | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/19/2025 | JMO | Telephone call with M. VerStandig regarding J. Sadowski threat of motion to dismiss, reaction to same, and litigation issues to be addressed in plan | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 06/23/2025 | JMO | E-mailing with S. Metz and court regarding 6/25 hearing and his schedule | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/23/2025 | JMO | Preparing for 6/25 hearing on application to employ | 0.40 | $510.00 | $204.00 | - | $204.00 |
| 06/24/2025 | JMO | Receive and review motion to dismiss | 0.70 | $510.00 | $357.00 | - | $357.00 |
| 06/24/2025 | JMO | Receive and review e-mail from M. VerStandig regarding litigation issues to be addressed in plan | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/25/2025 | JMO | E-mailing with M. VerStandig regarding litigation issues to be addressed in revised plan | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/25/2025 | JMO | Two telephone calls with M. VerStandig regarding hearing on motion to employ and impact on litigation | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 06/25/2025 | JMO | Attending hearing on application to employ | 1.60 | $510.00 | $816.00 | - | $816.00 |
| 06/25/2025 | JMO | E-mailing with K. Eustis regarding order approving employment | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/25/2025 | JMO | E-mailing with client regarding 341 prep | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/26/2025 | JMO | E-mailing client regarding 341 meeting | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/26/2025 | JMO | Telephone call with M. VerStandig regarding 341 issues and update on litigation status | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 06/30/2025 | JMO | Preparing for 341 | 0.70 | $510.00 | $357.00 | - | $357.00 |
| 06/30/2025 | JMO | Meeting with client regarding 341 prep | 0.60 | $510.00 | $306.00 | - | $306.00 |
| 06/30/2025 | JMO | Attending 341 meeting | 1.00 | $510.00 | $510.00 | - | $510.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 06/30/2025 | JMO | Telephone call with client regarding follow-up on 341 issues | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 06/30/2025 | JMO | Telephone call with M. VerStandig regarding issues addressed at 341 meeting | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 06/30/2025 | JMO | Receive and review order to employ Wolff & Orenstein | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/01/2025 | JMO | Receive and review order authorizing employment of M. VerStandig | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/01/2025 | MEA | Emailing with C. Araujo regarding partial-month May MOR | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 07/02/2025 | JMO | Receive and review draft MOR and e-mailing M. Abbott regarding items that do not apply in current case | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/02/2025 | MEA | Receiving and reviewing partial-month May MOR and preparing same for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 07/03/2025 | MEA | Discussing May MOR with J. Orenstein and C. Araujo | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 07/07/2025 | JMO | Preparing status report | 0.70 | $510.00 | $357.00 | - | $357.00 |
| 07/07/2025 | JMO | Completing status report | 0.80 | $510.00 | $408.00 | - | $408.00 |
| 07/07/2025 | JMO | Telephone call with M. VerStandig regarding status of Pere settlement | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/07/2025 | JMO | E-mailing client regarding draft report | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/08/2025 | JMO | E-mailing client regarding call for comments on status report | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/09/2025 | JMO | Communicating with M. VerStandig regarding status report | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/09/2025 | JMO | Final review of status report | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/09/2025 | JMO | Receive and review e-mail from S. Metz regarding assistance to resolve dispute | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/10/2025 | JMO | Telephone call with M. VerStandig regarding plan issues | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/15/2025 | MEA | Preparing revised May MOR for filing | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 07/15/2025 | MEA | Receiving and reviewing June MOR and preparing same for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 07/17/2025 | JMO | Preparing for status conference | 0.50 | $510.00 | $255.00 | - | $255.00 |
| 07/21/2025 | JMO | Receive and review e-mails from court and counsel regarding combining hearings | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/21/2025 | MEA | Discussing June MOR with J. Orenstein | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 07/22/2025 | JMO | E-mailing with court and counsel regarding moving status conference | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/23/2025 | JMO | Two telephone calls with M. VerStandig regarding response to motion to dismiss | 0.20 | $510.00 | $102.00 | - | $102.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|------|--------|-------------|-------|------|-------------|-----|--------------|
| 07/23/2025 | JMO | Receive and review e-mail from court regarding no status conference | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/23/2025 | JMO | Receive and review June MOR | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/23/2025 | JMO | E-mailing client regarding status of collection from Energy Morocco | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/23/2025 | JMO | Receive and review notice of revised status conference and e-mailing client regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/24/2025 | JMO | Receive and review WCP's opposition to motion to dismiss | 0.40 | $510.00 | $204.00 | - | $204.00 |
| 07/24/2025 | JMO | Preparing joinder to WCP's opposition to motion to dismiss | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/24/2025 | JMO | Telephone call with M. VerStandig regarding plan issues | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/24/2025 | JMO | E-mailing with client regarding joinder on opposition to dismissal | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/24/2025 | JMO | E-mailing with A. Smith regarding discovery served by developer RE1 | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/25/2025 | JMO | Receive and review order staying Superior Court litigation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/25/2025 | JMO | Reviewing interrogatories and requests for production from developer RE1 | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 07/27/2025 | JMO | Review and revise appendixes for plan | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 07/27/2025 | JMO | Completing plan | 0.50 | $510.00 | $255.00 | - | $255.00 |
| 07/27/2025 | JMO | E-mailing client regarding draft plan | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/28/2025 | JMO | Telephone call with M. VerStandig regarding draft plan | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/28/2025 | JMO | E-mailing with court and counsel regarding whether 7/30 hearing is status or merits hearing | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/28/2025 | JMO | Telephone call with M. VerStandig regarding availability for proposed confirmation dates and scheduling order details | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/28/2025 | JMO | E-mailing client regarding filing of plan | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/29/2025 | JMO | Reviewing for status hearing | 0.40 | $510.00 | $204.00 | - | $204.00 |
| 07/30/2025 | JBW | Certificate of Service - Scheduling Order | 0.00 | $174.09 | $174.09 | - | $174.09 |
| 07/30/2025 | JMO | Preparing ballots and certificate of service of same | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 07/30/2025 | JMO | Telephone call with M. VerStandig regarding 7/30 hearing | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/30/2025 | JMO | Attending hearing on motion to dismiss and status report | 2.60 | $510.00 | $1,326.00 | - | $1,326.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 07/30/2025 | JMO | Telephone call with M. VerStandig regarding J. Sadowski request for extension to object to Sub-V designation and hearing issues | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/30/2025 | JMO | Telephone call with J. Sadowski regarding agreement to extend time to object to designation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/30/2025 | JMO | Preparing praecipe regarding extension of time to object | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/30/2025 | JMO | Receive and review notice of completion of service of plan and scheduling order | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/30/2025 | JMO | E-mailing court and counsel regarding 7/31 hearing | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/30/2025 | JMO | E-mailing K. Eustis, K. Burgers and J. Sadowski regarding ballots | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/30/2025 | JMO | E-mailing with J. Sadowski confirming filing of praecipe | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 07/31/2025 | JMO | Attending hearing on motion to dismiss | 2.30 | $510.00 | $1,173.00 | - | $1,173.00 |
| 07/31/2025 | JMO | Two telephone calls with M. VerStandig regarding ruling and next steps | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 07/31/2025 | JMO | Receive and review line filing transcript of 341 | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/01/2025 | JMO | E-mailing and telephone call with M. VerStandig regarding filing of objection to Sub-V designation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/04/2025 | JMO | Review and revise response to objection to designation | 0.90 | $510.00 | $459.00 | - | $459.00 |
| 08/04/2025 | JMO | Telephone call with M. VerStandig regarding proposed revisions | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/04/2025 | JMO | Receive and review notice of hearing on designation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/04/2025 | JMO | Reviewing timing of service of developer RE1 discovery and whether responses required | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/05/2025 | JMO | Telephone call with M. VerStandig regarding discovery from J. Sadowski and denial of motion to dismiss making discovery moot | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/05/2025 | JMO | Receive and review notice of appearance of J. Williams for 423 Kennedy and Developer RE1 | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/05/2025 | JMO | Telephone call with M. VerStandig regarding J. Williams appearance | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/05/2025 | JMO | Receive and review proofs of claim filed for 423 Kennedy and Developer RE1 | 0.10 | $510.00 | $51.00 | - | $51.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

06/03/2026 12:17:39 PM

# EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/05/2025 | JMO | Calls with M. VerStandig regarding proofs of claim, impact on plan confirmation, and discovery regarding claims | 0.40 | $510.00 | $204.00 | - | $204.00 |
| 08/05/2025 | JMO | Research regarding impact of disputed claims on Sub-V voting | 0.80 | $510.00 | $408.00 | - | $408.00 |
| 08/06/2025 | JMO | Receive and review Sarri proof of claim | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/06/2025 | JMO | E-mailing client regarding filed proofs of claim and status of Energy Morocco collection | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/07/2025 | JMO | E-mailing client regarding expected collection of Energy Morocco funds before end of August | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/07/2025 | JMO | Telephone call with J. Williams regarding his role in case vis-a-vis J. Sadowski | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/12/2025 | JMO | Receive and review e-mail from J. Williams regarding request for extensions and regarding discovery | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/12/2025 | JMO | Telephone call with M. VerStandig regarding e-mail from J. Williams and response to same | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 08/12/2025 | JMO | Meeting with J. Williams regarding discovery and potential for stipulations | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/12/2025 | JMO | Telephone call with M. VerStandig regarding meeting with J. Williams regarding stipulations | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/18/2025 | JMO | E-mailing with J. Williams and M. VerStandig regarding continuing 8/20 hearing | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/18/2025 | JMO | E-mailing J. Williams regarding consent to motion | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/19/2025 | JMO | Reviewing July operating report | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/19/2025 | JMO | E-mailing client regarding collection status | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/19/2025 | JMO | E-mailing J. Williams regarding status of stipulation to move hearing | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/19/2025 | JMO | Receive and review order continuing hearing and e-mailing J. Williams and M. VerStandig regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/19/2025 | MEA | Receiving, reviewing, and preparing July MOR for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 08/21/2025 | JMO | Receive and review motion to abstain and notice | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 08/21/2025 | JMO | E-mailing M. VerStandig regarding creditors' bad faith in seeking extension without disclosing intent to file new motion | 0.10 | $510.00 | $51.00 | - | $51.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

## EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/22/2025 | JMO | E-mailing M. VerStandig regarding discovery | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/22/2025 | JMO | Receive and review e-mail from J. Williams regarding his proposed adjusted schedules | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/22/2025 | JMO | Telephone call with M. Verstandig regarding J. Williams e-mail | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/22/2025 | JMO | E-mailing with D. Huertas and C. Araujo regarding receipt of funds from Energy Morocco and inability to make new loan without court approval | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/25/2025 | JMO | Receive and review e-mail to J. Williams regarding scheduling | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/27/2025 | JMO | Telephone call with M. VerStandig regarding his call with J. Williams and potential resolution of all procedural issues | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/30/2025 | JMO | Receive and review creditors' motion to suspend confirmation deadlines and adjourn objection to Sub-V designation, motion to expedite | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 08/30/2025 | JMO | Receive and review motion to extend time to object to discharge and notice of same | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 08/31/2025 | JMO | E-mailing M. VerStandig regarding creditors' motions | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/31/2025 | JMO | Telephone call with M. VerStandig regarding response to motions | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/31/2025 | JMO | E-mailing with J. Williams regarding need to move hearing set on Rosh Hashanah | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 08/31/2025 | JMO | E-mailing with K. Burgers regarding awaiting ballots | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/01/2025 | JMO | E-mailing client regarding awaiting Sariri ballot | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/02/2025 | JMO | Receive and review opposition to motion to abstain | 0.40 | $510.00 | $204.00 | - | $204.00 |
| 09/02/2025 | JMO | Receive and review notice of removal of Superior Court case | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/02/2025 | JMO | Receive and review objection to plan | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 09/02/2025 | JMO | E-mailing with C. Araujo regarding 9/4 hearing | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/02/2025 | JMO | Receive and review Sairiri ballot; e-mailing K. Burgers regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/02/2025 | JMO | Receive and review order denying motion to dismiss | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/03/2025 | JMO | E-mailing with J. Sadowski regarding his request for copy of ballots | 0.10 | $510.00 | $51.00 | - | $51.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|------|--------|-------------|-------|------|-------------|-----|--------------|
| 09/04/2025 | JMO | Attending hearing on abstention and related issues | 2.50 | $510.00 | $1,275.00 | - | $1,275.00 |
| 09/04/2025 | JMO | E-mailing with J. Sadowski regarding completed ballots | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/11/2025 | JMO | Preparing tally of ballots | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 09/17/2025 | JMO | Receive and review notice of appeal and motion for leave to appeal | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 09/18/2025 | JMO | Receive and review supplemental transmittal of notice of appeal to district court | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/20/2025 | MEA | Receiving, reviewing, and preparing August MOR for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 09/21/2025 | JMO | Reviewing draft MOR and e-mailing M. Abbott regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/24/2025 | JMO | Receive and review e-mails regarding motion hearing dates | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 09/25/2025 | JMO | E-mailing with O. Woodmansee and counsel regarding hearing dates | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 09/26/2025 | JMO | Receive and review District Court civil cover sheet for appeal | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 09/29/2025 | JMO | Receive and review e-mail from court regarding hearing continued to 11/13 | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/03/2025 | JMO | Receive and review order suspending confirmation deadlines and adjourning objection to Subchapter V designation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/06/2025 | JMO | Receive and review motion for withdrawal of reference | 0.30 | $510.00 | $153.00 | - | $153.00 |
| 10/07/2025 | JMO | Receive and review reply to opposition to motion for leave to appeal | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 10/14/2025 | JMO | Receive and review motion to compel and notice of same | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 10/15/2025 | JMO | Receive and review order denying motion for remand and abstention | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/16/2025 | MEA | Discussing September MOR with C. Araujo by e-mail | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 10/16/2025 | JMO | Telephone call with M. VerStandig regarding court's order and follow-up e-mails regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/20/2025 | MEA | Reviewing September MOR and preparing same for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 10/20/2025 | MEA | Discussing draft September MOR with J. Orenstein | 0.10 | $310.00 | $31.00 | - | $31.00 |
| 10/20/2025 | JMO | Receive and review MOR and e-mailing M. Abbott regarding post-petition payment question | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/21/2025 | MEA | Updating September MOR and discussing same with C. Araujo and J. Orenstein | 0.10 | $310.00 | $31.00 | - | $31.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|------|--------|-------------|-------|------|-------------|-----|--------------|
| 10/21/2025 | JMO | Receive and review revised MOR; telephone call with M. Abbott regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/21/2025 | JMO | Receive and review notice of transmittal of record on appeal | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/27/2025 | JMO | Receive and review opposition to motion to compel | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/28/2025 | JMO | Telephone call with M. VerStandig regarding mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/29/2025 | JMO | Attending motions hearing regarding discussion of mediation | 0.70 | $510.00 | $357.00 | - | $357.00 |
| 10/31/2025 | JMO | Receive and review motion to appoint judicial mediator | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 10/31/2025 | JMO | Receive and review order appointing mediator | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/03/2025 | JMO | E-mailing counsel regarding preliminary mediation meeting | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/05/2025 | JMO | E-mailing counsel and R. Greenleaf regarding mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/11/2025 | JMO | Receive and review consent motion to stay pending mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/12/2025 | JMO | Receive and review district court order staying case pending mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/13/2025 | JMO | E-mailing with client and M. VerStandig regarding mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/13/2025 | JMO | Receive and review letter from Judge Huennekens regarding mediation details | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/20/2025 | MEA | Receive, review, and prepare October MOR for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 11/21/2025 | JMO | Telephone call with M. VerStandig regarding mediation status and issues | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 11/22/2025 | JMO | E-mailing with M. VerStandig regarding proposed e-mail to Judge Huennekens | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/24/2025 | JMO | Receive and review MOR draft and e-mailing M. Abbott regarding approval | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/24/2025 | JMO | Receive and review e-mail to R. Greenleaf regarding intent to terminate mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/24/2025 | JMO | E-mailing with M. VerStandig and R. Greenleaf regarding scheduling call with Judge Huennekens regarding mediation | 0.20 | $510.00 | $102.00 | - | $102.00 |
| 11/25/2025 | JMO | Receive and review teams invite for meeting with mediator and respond to same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 11/25/2025 | JMO | Attending conference with M. VerStandig and Judge Huennekens | 0.10 | $510.00 | $51.00 | - | $51.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 12/01/2025 | JMO | Communicating with M. Verstandig regarding status of 12/12 mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/02/2025 | JMO | Telephone call with M. VerStandig regarding postponement of mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/02/2025 | JMO | E-mailing with R. Greenleaf and counsel regarding mediation status | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/04/2025 | JMO | Receive and review e-mail from J. Williams regarding postponement of mediation to January | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/04/2025 | JMO | E-mailing R. Greenleaf and counsel regarding 1/13 availability | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/05/2025 | JMO | E-mailing with J. Williams and M. VerStandig | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/09/2025 | JMO | E-mailing J. Williams and M. VerStandig regarding January mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/11/2025 | JMO | E-mailing with M. VerStandig and J. Williams regarding 1/13 mediation | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/11/2025 | JMO | Receive and review e-mail from R. Greenleaf regarding revised mediation schedule | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/17/2025 | JMO | Receive and review draft MOR and telephone call with M. Abbott regarding same | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 12/17/2025 | MEA | Receive, review, and prepare November MOR for filing | 0.50 | $310.00 | $155.00 | - | $155.00 |
| 12/22/2025 | JMO | Preparing notice of rate change | 0.10 | $510.00 | $51.00 | - | $51.00 |
| 01/05/2026 | JMO | Receive and review e-mail from M. VerStandig to J. Williams and J. Sadowski regarding mediation issues | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/05/2026 | JMO | Receive and review e-mail from client regarding whether to proceed with mediation | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/09/2026 | JMO | Receive and review e-mail from R. Greenleaf regarding Judge Huennekens conflict | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/09/2026 | JMO | E-mailing with M. VerStandig regarding available dates for mediation | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/11/2026 | JMO | Telephone call with M. VerStandig regarding mediation scheduling | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/11/2026 | JMO | Reviewing mediation statement | 0.30 | $535.00 | $160.50 | - | $160.50 |
| 01/11/2026 | JMO | Receive and review e-mail from J. Sadowski regarding joint status report | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/11/2026 | JMO | E-mailing with R. Greenleaf and counsel regarding new mediation date | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/12/2026 | JMO | E-mailing R. Greenleaf and counsel confirming 1/16 mediation | 0.10 | $535.00 | $53.50 | - | $53.50 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

EXHIBIT A

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 01/12/2026 | JMO | E-mailing with counsel regarding status report | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/13/2026 | JMO | Receive and review district court minute order | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 01/20/2026 | MEA | Receive, review, and prepare December MOR for filing | 0.50 | $330.00 | $165.00 | - | $165.00 |
| 01/20/2026 | JMO | Receive and review draft status report to District Court | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 02/03/2026 | JMO | E-mailing with M. VerStandig regarding status of appeal and impact on main case | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 02/20/2026 | MEA | Receive, review, and prepare January MOR for filing | 0.40 | $325.00 | $130.00 | - | $130.00 |
| 02/20/2026 | JMO | Receive and review draft January MOR | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 03/05/2026 | JMO | Telephone call with J. Sadowski regarding coordinating with M. VerStandig | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 03/18/2026 | MEA | Receive, review, and prepare February MOR for filing | 0.40 | $325.00 | $130.00 | - | $130.00 |
| 03/18/2026 | JMO | Reviewing MOR | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 04/15/2026 | JMO | Receive and review joint status report | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 04/17/2026 | JMO | Receive and review order vacating District Court stay | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 04/20/2026 | MEA | Receive, review, and prepare March MOR for filing | 0.20 | $325.00 | $65.00 | - | $65.00 |
| 04/21/2026 | JMO | Reviewing MOR | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 05/06/2026 | JMO | Receive and review minute order from District Court directing written certification from bankruptcy court | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 05/06/2026 | JMO | Telephone call with M. VerStandig regarding District Court order | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 05/13/2026 | JMO | Telephone call with M. VerStandig regarding dissolution of injunction | 0.10 | $535.00 | $53.50 | - | $53.50 |
| 05/19/2026 | MEA | Receive, review, and prepare April MOR for filing | 0.30 | $325.00 | $97.50 | - | $97.50 |
| | | | 50.50 | | $24,864.19 | - | $24,864.19 |

**Billable Later Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|

**Not Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|

Note:1) Displays items excluding tax
2) "Billed to date" includes draft invoices
3) Invoices must be marked printed and sent final to appear under Aged Receivables

06/03/2026 12:17:39 PM

# EXHIBIT A