The order below is hereby signed.

Signed: June 23 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JPK NewCo LLC, | ) | Case No. 25-200-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| JPK NewCo LLC, *et al*, | ) | |
| | ) | Adv. Case No. 25-10015-ELG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Developer RE1 LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Developer RE1 LLC, *et al.* | ) | |
| | ) | Adv. Case No. 25-10037-ELG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DP Capital LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), filed by Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankuptcy Court for the District of Columbia, hereby:

ORDERED, that he Motion be, and hereby is, GRANTED; and it is further

ORDERRED, that the appearance of VLF, as counsel for (i) Daniel Huertas, (ii) WCP Fund I LLC, (iii) DP Capital, LLC, and (iv) JPK NewCo LLC be, and hereby is, WITHDRAWN; and it is further

ORDERED, that absent further order of this Honorable Court, or case closure, VLF shall remain counsel of record for (a) Russell Drazin and (b) SF NU, LLC.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 25-00200-ELG

JPK Newco, LLC                                                                         Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID                    Recipient Name and Address**
dbpos                    +  JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

**Name                          Email Address**

Alexandria Jean Smith
    on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Defendant 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Interested Party Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Interested Party 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com

Alexandria Jean Smith
    on behalf of Defendant Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

James D. Sadowski

on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Defendant Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

Jeffrey M. Orenstein

on behalf of Attorney Wolff & Orenstein  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeffrey M. Orenstein

on behalf of Debtor In Possession JPK Newco  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams

on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Creditor RE1  LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Interested Party WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff JPK NewCo LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant DP Capital LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com

District/off: 0090-1                    User: admin                                      Page 3 of 3
Date Rcvd: Jun 23, 2026                 Form ID: pdf001                                   Total Noticed: 1

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant JPK NewCo LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Daniel Huertas mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Debtor In Possession JPK Newco  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant WCP Fund I LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 37