The order below is hereby signed.

Signed: July 14 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                        *

JPK NewCo, LLC                     *      Case No. 25-00200-ELG
                                                       Chapter 11 (Subchapter V)

            Debtor                        *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING APPLICATION OF WOLFF & ORENSTEIN, LLC
FOR ALLOWANCE OF COMPENSATION FOR  PROFESSIONAL
SERVICES RENDERED FROM MAY 27, 2025, THROUGH MAY 31, 2026

UPON CONSIDERATION of the First Application of Wolff & Orenstein, LLC

("Applicant"), for Allowance of Interim Compensation for Professional Services Rendered from

May 27, 2025 through May 31, 2026 (the "Application"), after notice and good cause shown, and

no objections to the Application having been filed, it is by the United States Bankruptcy Court for

the District of Columbia,

1

ORDERED, that Applicant, be, and hereby is awarded, pursuant to 11 U.S.C. § 331, interim compensation for services rendered in this proceeding from May 27, 2025 through May 31, 2026, in the amount of Twenty-Two Thousand Five Hundred Dollars ($22,500.00); and it is further

ORDERED, that Applicant, be, and it is hereby, authorized to apply Debtor's Retainer of Fifteen Thousand Four Hundred Sixty-Two Dollars ($15,462.00) towards the payment of such compensation; and it is further

ORDERED, that the Debtor shall cause the balance of the award of compensation to be paid to Applicant.

WE ASK FOR THIS:


 \s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC


Seen:


/s/ Kristen S. Eustis    (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

**END OF ORDER**