**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700; Fax: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC 446635)
Alexandria J. Smith (DC 1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400;
Fax: (202) 452-1410

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

  *Debtor*.

Case No.:  25-00200-ELG
Chapter 11

### NOTICE OF FILING OF TRANSCRIPT
### FROM THE JULY 30, 2025 AND JULY 31, 2025 HEARINGS PURSUANT TO RULE 8009

Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("Movants") hereby notify

Court and counsel that on July 14, 2026, Movants ordered a transcript of the hearings held on

July 30, 2025 and July 31, 2025 concerning Movants' Motion to Dismiss.  *See* Rule 8009.  A

copy of the formal purchase confirmation is attached hereto as Exhibit 1 to serve as evidence that

the Movants ordered the transcripts.  Upon receipt of the transcripts, Movants will file the same

with the Court.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated:  July 16, 2026

/s/ Alexandria J. Smith
James D. Sadowski, DC Bar. No. 446635
Alexandria J. Smith, DC Bar. No. 1673542
801 17th Street, N.W. - Suite 1000
Washington, DC  20006
Telephone: (202) 452-1400 ext. 5407
Email:   jds@gdllaw.com | ajs@gdllaw.com

8161\0002\4914-4436-0637.v1

*Counsel for Defendants Developer RE1, LLC and*
*423  Kennedy St. Holdings, LLC*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of July, 2026, a true copy of this Notice of

Filing of Transcript was served electronically and a Notice of Electronic filing should be sent to

all persons receiving notices via the Court's CM/ECF system.

/s/ Alexandria J. Smith
Alexandria J. Smith

8161\0002\4914-4436-0637.v1                    2