**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700; Fax: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC 446635)
Alexandria J. Smith (DC 1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400;
Fax: (202) 452-1410

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>　　　　　*Debtor*. | Bankruptcy Case No.:  25-00200-ELG<br>Chapter 11 |
| Developer RE1, LLC and 423 Kennedy St Holdings, LLC.<br><br>　　　　　*Appellants*. | Civil Action No.:  25-3250 (SLS)<br>Judge Sparkle L. Sooknanan |

**APPELLANTS' STATEMENT OF ISSUES PRESENTED ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("Appellants"), by counsel,

identifies the following items to be included in the record on appeal:

I.　　Statement of Issue Presented On Appeal.

A.　　Whether the Bankruptcy Court applied the correct standard in determining

whether JPK NewCo's petition should be dismissed for lack of good faith.

II.　　Designation of Items to Be Included In the Record.

| Item No. | Date | ECF No. | Document Description |
|---|---|---|---|
| 1 | 5/27/2025 | 1 | Voluntary Petition filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |

8161\0002\4910-8050-4509.v1

| | | | |
|---|---|---|---|
| 2 | 5/27/2025 | 5 | Statement Regarding No Federal Tax Returns filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 3 | 6/3/2025 | 16 | Corporate Ownership Statement filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 4 | 6/23/2025 | 19 | Motion to Dismiss Case Filed in Bad Faith filed by James D. Sadowski of Greenstein DeLorme & Luchs, P.C. on behalf of 423 Kennedy St Holdings LLC and Developer RE1 |
| 5 | 7/15/2025 | 26 | Monthly Operating Report for May 2025 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 6 | 7/23/2025 | 27 | Monthly Operating Report for June 2025 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 7 | 7/23/2025 | 29 | Opposition to Motion to Dismiss Case Filed in Bad Faith filed by Maurice VerStandig on behalf of WCP Fund I LLC |
| 8 | 7/24/2025 | 30 | Opposition to Motion to Dismiss Case Filed in Bad Faith filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 9 | 7/28/2025 | 31 | Chapter 11 Small Business Subchapter V Plan filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 10 | 7/31/2025 | 37 | Notice of Filing of Transcript from the Meeting of Creditors filed by James D. Sadowski of Greenstein DeLorme & Luchs, P.C. on behalf of 423 Kennedy St Holdings LLC and Developer RE1 |
| 11 | 7/31/2025 | 40 | PDF with Audio File Re: Hearing Held on 7/30/2025 for Motion to Dismiss |
| 12 | 7/31/2025 | 41 | PDF with Audio File Re: Hearing Held on 7/31/2025 for Motion to Dismiss |
| 13 | 8/19/2025 | 46 | Monthly Operating Report for July 2025 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 14 | 9/2/2025 | 59 | Order Denying Motion to Dismiss Case |
| 15 | 9/16/2025 | 63 | Notice of Appeal to District Court filed by Alexandria J. Smith of Greenstein DeLorme & Luchs, P.C. on behalf of 423 Kennedy St Holdings LLC and Developer RE1 |
| 16 | 9/16/2025 | 65 | Motion for Leave to Appeal filed by Alexandria J. Smith of Greenstein DeLorme & Luchs, P.C. on behalf of 423 Kennedy St Holdings LLC and Developer RE1 |

| 17 | 9/17/2025 | 66 | Transmittal of the Notice of Appeal to District Court via email notification filed by of on behalf of 423 Kennedy St Holdings LLC and Developer RE1 |
| 18 | 9/22/2025 | 68 | Monthly Operating Report for August 2025 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 19 | 10/14/2025 | 71 | Movants' Motion to Compel – Movants' Motion to Compel Discovery Responses filed by Jeremy Williams of Kutak Rock LLP on behalf of 423 Kennedy St Holdings LLC |
| 20 | 2/20/2026 | 87 | Monthly Operating Report for January 2026 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 21 | 3/18/2026 | 88 | Monthly Operating Report for February 2026 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 22 | 4/21/2026 | 89 | Monthly Operating Report for March 2026 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 23 | 5/20/2026 | 90 | Monthly Operating Report for April 2026 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 24 | 6/22/2026 | 95 | Monthly Operating Report for May2026 filed by Jeffrey Orenstein of Wolff & Orenstein LLC on behalf of JPK NewCo, LLC |
| 25 | 6/12/2026 | 92 | Memorandum Opinion on Motion to Dismiss |
| 26 | 7/16/2026 | 99 | Transcript Order Submitted Re: Hearing Held on 7/30/2025 and 7/31/2025 for Motion to Dismiss [Transcript purchased by Alexandria J. Smith of Greenstein DeLorme & Luchs, P.C. on behalf of 423 Kennedy St Holdings LLC and Developer RE1].  Transcript will be filed with the Court upon receipt of the same.[1] |

---

[1] Appellants filed a transcript request for the July 30, 2025 and July 31, 2025 hearings concerning the Motion to Dismiss Case Filed in Bad Faith.  A copy of the formal purchase confirmation is attached hereto as Exhibit 1 to serve as evidence that the Appellants ordered the transcripts.  For the avoidance of doubt, Appellants intend to designate the July 30, 2025 and July 31, 2025 transcripts.  Appellants will file the transcripts with the Court upon receipt of the same.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated:  July 16, 2026

/s/ Alexandria J. Smith
James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 452-1400 ext. 5407
Email:   jds@gdllaw.com | ajs@gdllaw.com
*Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

<u>CERTIFICATE  OF  SERVICE</u>

I HEREBY CERTIFY that on this 16th day of July, 2026, a true copy of Appellant's Statement of Issues Presented On Appeal and Designation of Items to be Included In the Record on Appeal was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ Alexandria J. Smith
Alexandria J. Smith