## Alex J. Smith

| | |
|---|---|
| **From:** | eScribers Sales <sales@escribers.net> |
| **Sent:** | Tuesday, July 14, 2026 1:32 PM |
| **To:** | Alex J. Smith; Margaret E. Reynolds |
| **Cc:** | sales@escribers.net; webapp@escribers.net |
| **Subject:** | eScribers Transcript order no [BKDC00284] : JPK NewCo, LLC, Debtor; 25-00200-ELG; 07/31/2025; |

> **CAUTION:** This is an external message. Please verify that it is a trusted source before replying, clicking links or opening attachments.

To Margaret Reynolds,

We are contacting you regarding your transcript order in the case: **JPK NewCo, LLC, Debtor; 25-00200-ELG; 07/31/2025;**

**We received your deposit.  The transcript will be completed by July 21, 2026.**


eScribers LLC

Phone: 800-257-0885

Email: sales@escribers.net

7227 N 16th Street
Suite 207
Phoenix, AZ 85020

1

## Alex J. Smith

| | |
|---|---|
| **From:** | eScribers Sales <sales@escribers.net> |
| **Sent:** | Tuesday, July 14, 2026 1:32 PM |
| **To:** | Alex J. Smith; Margaret E. Reynolds |
| **Cc:** | sales@escribers.net; webapp@escribers.net |
| **Subject:** | eScribers Transcript order no [BKDC00283] : JPK NewCo, LLC, Debtor; 25-00200-ELG; 07/30/2025; |

> **CAUTION:** This is an external message. Please verify that it is a trusted source before replying, clicking links or opening attachments.

To Margaret Reynolds,

We are contacting you regarding your transcript order in the case: **JPK NewCo, LLC, Debtor; 25-00200-ELG; 07/30/2025;**

**We received your deposit.  The transcript will be completed by July 21, 2026.**

Thank you,

eScribers LLC

Phone: 800-257-0885

Email: sales@escribers.net

7227 N 16th Street
Suite 207
Phoenix, AZ 85020

1