The order below is hereby signed.

Signed: July 14 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                      *

JPK NewCo, LLC                     *      Case No. 25-00200-ELG
                                                     Chapter 11 (Subchapter V)

        Debtor                   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION OF WOLFF & ORENSTEIN, LLC
FOR ALLOWANCE OF COMPENSATION FOR  PROFESSIONAL
SERVICES RENDERED FROM MAY 27, 2025, THROUGH MAY 31, 2026

UPON CONSIDERATION of the First Application of Wolff & Orenstein, LLC

("Applicant"), for Allowance of Interim Compensation for Professional Services Rendered from

May 27, 2025 through May 31, 2026 (the "Application"), after notice and good cause shown, and

no objections to the Application having been filed, it is by the United States Bankruptcy Court for

the District of Columbia,

1

ORDERED, that Applicant, be, and hereby is awarded, pursuant to 11 U.S.C. § 331, interim compensation for services rendered in this proceeding from May 27, 2025 through May 31, 2026, in the amount of Twenty-Two Thousand Five Hundred Dollars ($22,500.00); and it is further

ORDERED, that Applicant, be, and it is hereby, authorized to apply Debtor's Retainer of Fifteen Thousand Four Hundred Sixty-Two Dollars ($15,462.00) towards the payment of such compensation; and it is further

ORDERED, that the Debtor shall cause the balance of the award of compensation to be paid to Applicant.

WE ASK FOR THIS:


 \s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC


Seen:


/s/ Kristen S. Eustis   (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:

JPK Newco, LLC

    Debtor

Case No. 25-00200-ELG

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| intp | + WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Interested Party 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | |

on behalf of Interested Party Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com

James D. Sadowski

on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com

James D. Sadowski

on behalf of Defendant Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com

Jeffrey M. Orenstein

on behalf of Attorney Wolff & Orenstein  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeffrey M. Orenstein

on behalf of Debtor In Possession JPK Newco  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams

on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Creditor RE1  LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com

U. S. Trustee for Region Four

District/off: 0090-1                                  User: admin                                  Page 3 of 3
Date Rcvd: Jul 14, 2026                               Form ID: pdf001                               Total Noticed: 2

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 29