**22ntcftrn**



In Re:  **JPK Newco, LLC**

United States Bankruptcy Court for the
District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

Case No.:  **25−00200−ELG**

Chapter:  **11**

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
**===================================================**

A transcript of the proceeding held on 7/31/2025 was filed on 7/21/2026 . The following deadlines apply:

1.     The parties have until 7/28/2026 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 8/11/2026 [21 days from the date of filing of the transcript].

2.     If a Request for Redaction is filed, the redacted transcript is due 8/21/2026 [31 days from the date of filing the request for redaction].

3.     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/19/2026 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated:  7/21/26

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

In re:                                   Case No. 25-00200-ELG

JPK Newco, LLC                      Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: ntcftrn | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James D. Sadowski, Greenstein DeLorme & Luchs, PC, 801 17th Street, N.W., Suite 1000, Washington DC, DC 20006-3967 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 21 2026 22:49:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 21 2026 22:49:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Interested Party Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Interested Party 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |

Alexandria Jean Smith

on behalf of Defendant Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com

Alexandria Jean Smith

on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com

Alexandria Jean Smith

on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com

Alexandria Jean Smith

on behalf of Defendant 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com

James D. Sadowski

on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski

on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski

on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski

on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski

on behalf of Defendant Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

Jeffrey M. Orenstein

on behalf of Attorney Wolff & Orenstein  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeffrey M. Orenstein

on behalf of Debtor In Possession JPK Newco  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams

on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Creditor RE1  LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams

on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff SF NU  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Russell Drazin mac@mbvesq.com

District/off: 0090-1                        User: admin                                    Page 3 of 3
Date Rcvd: Jul 21, 2026                   Form ID: ntcftrn                          Total Noticed: 4

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com;lydia.yale@offitkurman.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 29