**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>JPK NEWCO, LLC,<br>*Debtor* | Bankr. Case No. 25-200 (ELG) |
| DEVELOPER RE1, LLC and<br>423 KENNEDY ST HOLDINGS, LLC,<br>*Appellants* | Civil Action No. 25-3250 (SLS)<br>Judge Sparkle L. Sooknanan |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 23, the Court vacates the Bankruptcy Court's Order denying the Appellants' Motion to Dismiss. The Court remands this case to the Bankruptcy Court for further proceedings not inconsistent with the Memorandum Opinion, ECF No. 23.



SPARKLE L. SOOKNANAN
United States District Judge

Date: September 10, 2026