**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>JPK NEWCO, LLC,<br>*Debtor* | Bankr. Case No. 25-200 (ELG) |
| DEVELOPER RE1, LLC and<br>423 KENNEDY ST HOLDINGS, LLC,<br>*Appellants* | Civil Action No. 25-3250 (SLS)<br>Judge Sparkle L. Sooknanan |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 23, the Court vacates the Bankruptcy Court's Order denying the Appellants' Motion to Dismiss. The Court remands this case to the Bankruptcy Court for further proceedings not inconsistent with the Memorandum Opinion, ECF No. 23.

SPARKLE L. SOOKNANAN
United States District Judge

Date: September 10, 2026

United States Bankruptcy Court
District of Columbia

In re: Case No. 25-00200-ELG
JPK Newco, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Sep 10, 2026 Form ID: pdf001 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | RE1, LLC & 423 Kennedy St Holdings, LLC, c/o Jeremy S. Williams, Esq., Kutak Rock LLP, 1021 E Cary Street, Ste. 810 Richmond, VA 23219-4090 |
| intp | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 787072 | + | 423 Kennedy St Holdings LLC, c/o Mel Negussie, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787073 | + | 423 Kennedy St Holdings, LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 789448 | + | 423 Kennedy St Holdings, LLC, 801 17th Street, NW, Suite 1000, Washington, DC 20006-3967 |
| 787074 | + | Charles Paxton Paret, 343 First Street, Berryville, VA 22611-1605 |
| 787075 | + | Daniel Huertas, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| 787077 | + | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787076 | + | Developer RE1 LLC, Greenstein Delorme & Luchs, PC, 801 17th Street, NW, Suite 1000, Washington, DC 20006-3967 |
| 787078 | + | Developer RE1 LLC c/o Mel Negussie, Resident, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 787079 | + | Greenstein Delorme & Luchs, P.C., attn: James Sadowski, 801 17th Street N.W., Suite 1000, Washington, DC 20006-3967 |
| 787080 | + | Hirschler Fleischer attn: Kristen E. Burgers,, 1676 International Drive, Suite 1350, McLean, VA 22102-4940 |
| 787081 | + | Russell Drazin, 4400 Jennifer Street, N.W., Suite 2, Washington, DC 20015-2089 |
| 787082 | #+ | SF NU, LLC, 1455 Research Blvd, Suite 510, Rockville, MD 20850-6189 |
| 787083 | + | Shaheen Sariri, Hirschler Fleischer, PC, 1676 International Drive, Suite 1350, McLean, VA 22102-4940 |
| 787084 | + | WCP Fund I LLC, 8401 Greensborgo Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 10 2026 23:22:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 10 2026 23:19:21 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 23:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 10 2026 23:19:28 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | | |

| | | | |
|---|---|---|---|
| | | Sep 10 2026 23:22:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 10 2026 23:22:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 787085 | + Email/Text: wwebster@websterfredrickson.com | Sep 10 2026 23:22:00 | Wendell W. Webster, Trustee, 1101 Connecticut Ave., NW, Suite 402, Washington, DC 20036-4303 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| intp | *+ | 423 Kennedy St Holdings LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |
| intp | *+ | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| 789447 | *+ | Developer RE1, LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Interested Party Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Interested Party 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |

James D. Sadowski
on behalf of Defendant Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

Jeffrey M. Orenstein
on behalf of Debtor In Possession JPK Newco LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeffrey M. Orenstein
on behalf of Attorney Wolff & Orenstein LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams
on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Jeremy S. Williams
on behalf of Creditor RE1 LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
on behalf of Plaintiff SF NU LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Attorney Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Defendant SF NU LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Defendant Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Plaintiff Russell Drazin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz
smetz@offitkurman.com MD71@ecfcbis.com;lydia.yale@offitkurman.com

Steven Jay Willner
on behalf of Defendant DP Capital LLC sjw@nqgrg.com

Steven Jay Willner
on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com

Steven Jay Willner
on behalf of Defendant Daniel Huertas sjw@nqgrg.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 32