# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090−1 | User: admin | Date Created: 9/2/2025 |
| Case: 25−00200−ELG | Form ID: pdf001 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| aty | James D. Sadowski | jds@gdllaw.com |

TOTAL: 2