UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 25-00200-ELG<br>Chapter 11 (Subchapter V) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

VERIFIED STATEMENT OF ATTORNEY
TO BE EMPLOYED BY DEBTOR AS SPECIAL COUNSEL

Jeffrey S. Greenberg and Rosenberg Martin & Greenberg, LLP (collectively "RMG"), as the proposed substitute special counsel for JPK NewCo, LLC. (the "Debtor"), Debtor and Debtor-in-Possession, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a), respectfully represent:

1. I, Jeffrey S. Greenberg, am a Partner of the law firm of Rosenberg Martin and Greenberg, LLP, which maintains its principal office for the practice of law at 25 South Charles Street, 21st Floor, Baltimore, Maryland 21201.

2. I am admitted to practice before the courts of the District of Columbia, including the United States District Court for the District of Columbia, and the United States Bankruptcy Court for the District of Columbia.

3. At the same time that RMG was retained to represent the Debtor as special counsel, RMG was also engaged to represent Daniel Huertas, WCP Fund I LLC, and DP Capital, LLC in related adversary proceedings pending in this bankruptcy case as well as, to the extent required, in the pending bankruptcy case captioned In re Charles Paxton Paret (Case No. 23-00217-ELG) and

the related adversary proceeding captioned Webster v. Huertas, et al. (Adversary Proceeding No. 25-10037-ELG).

4. To the best of my knowledge, and except as noted in Paragraph 3 above, neither I, RMG, nor any partner or associate of RMG has any connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. To the best of my knowledge, neither I nor any partner or associate of RMG represents any interest adverse to the Debtor or to the Debtor's Estate in the matters upon which RMG is to be engaged.

I, Jeffrey S. Greenberg, declare under penalty of perjury, that the forgoing is true and correct.

Dated: September 9, 2026

\s\ Jeffrey S. Greenberg

JEFFREY S. GREENBERG (#MD0134)
Rosenberg Martin and Greenberg, LLP
25 South Charles Street
21st Floor
Baltimore, Maryland 21201
(410) 727-6600
jgreenberg@rosenbergmartin.com

Proposed special counsel for JPK NewCo, LLC