UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:
JPK NEWCO, LLC

CASE NO: 25-00200

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 9/30/2026, I did cause a copy of the following documents, described below,

Application to Employ Substitute Special Counsel

Verified Statement

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2026

/s/ Jeffrey Orenstein
Jeffrey Orenstein 07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

JPK NEWCO, LLC

CASE NO: 25-00200

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 9/30/2026, a copy of the following documents, described below,

Application to Employ Substitute Special Counsel

Verified Statement

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00200
DISTRICT OF DISTRICT OF COLUMBIA
WED SEP 30 8-24-40 PST 2026

423 KENNEDY ST HOLDINGS LLC
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

DEVELOPER RE1 LLC
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

DEBTOR

JPK NEWCO LLC
8401 GREENSBORO DRIVE
SUITE 960
MCLEAN VA 22102-5149

RE1 LLC 423 KENNEDY ST HOLDINGS LLC
CO JEREMY S WILLIAMS ESQ
KUTAK ROCK LLP
1021 E CARY STREET
STE 810
RICHMOND VA 23219-4090

WCP FUND I LLC
CO MAURICE B VERTSANDIG ESQ
THE VERSTANDIG LAW FIRM LLC
1452 W HORIZON RIDGE PKWY
665
HENDERSON NV 89012-4422

WOLFF ORENSTEIN LLC
15245 SHADY GROVE ROAD SUITE 465
ROCKVILLE MD 20850-7203

WASHINGTON DC
E BARRETT PRETTYMAN U S COURTHOUSE
333 CONSTITUTION AVE NW 1225
WASHINGTON DC 20001-2802

423 KENNEDY ST HOLDINGS LLC CO MEL NEGUSSI
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

~~EXCLUDE~~

~~(D)423 KENNEDY ST HOLDINGS LLC~~
~~1629 K STREET NW~~
~~SUITE 300~~
~~WASHINGTON DC 20006-1631~~

423 KENNEDY ST HOLDINGS LLC
801 17TH STREET NW
SUITE 1000
WASHINGTON DC 20006-3967

CHARLES PAXTON PARET
343 FIRST STREET
BERRYVILLE VA 22611-1605

DANIEL HUERTAS
8401 GREENSBORO DRIVE
SUITE 960
MCLEAN VA 22102-5149

~~EXCLUDE~~

~~(D)DEVELOPER RE1 LLC~~
~~1629 K STREET NW~~
~~SUITE 300~~
~~WASHINGTON DC 20006-1631~~

DEVELOPER RE1 LLC
GREENSTEIN DELORME LUCHS PC
801 17TH STREET NW SUITE 1000
WASHINGTON DC 20006-3967

DEVELOPER RE1 LLC CO MEL NEGUSSIE RESIDENT
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

~~EXCLUDE~~

~~(D)DEVELOPER RE1 LLC~~
~~1629 K STREET NW~~
~~SUITE 300~~
~~WASHINGTON DC 20006-1631~~

GREENSTEIN DELORME LUCHS PC
ATTN JAMES SADOWSKI
801 17TH STREET NW
SUITE 1000
WASHINGTON DC 20006-3967

HIRSCHLER FLEISCHER ATTN KRISTEN E BURGERS
1676 INTERNATIONAL DRIVE
SUITE 1350
MCLEAN VA 22102-4940

RUSSELL DRAZIN
4400 JENNIFER STREET NW
SUITE 2
WASHINGTON DC 20015-2089

SF NU LLC
1455 RESEARCH BLVD
SUITE 510
ROCKVILLE MD 20850-6189

SHAHEEN SARIRI
HIRSCHLER FLEISCHER PC
1676 INTERNATIONAL DRIVE SUITE 1350
MCLEAN VA 22102-4940

U S TRUSTEE FOR REGION FOUR
U S TRUSTEES OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA VA 22314-3489

WCP FUND I LLC
8401 GREENSBORGO DRIVE
SUITE 960
MCLEAN VA 22102-5149

WENDELL W WEBSTER TRUSTEE
1101 CONNECTICUT AVE NW
SUITE 402
WASHINGTON DC 20036-4303

JEFFREY M ORENSTEIN
WOLFF ORENSTEIN LLC
15245 SHADY GROVE ROAD
SUITE 465
ROCKVILLE MD 20850-7203

~~EXCLUDE~~

~~(U)MAURICE VERSTANDIG~~

STEPHEN A METZ
OFFIT KURMAN PA
7501 WISCONSIN AVE SUITE 1000W
BETHESDA MD 20814-6604