UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 25-00200-ELG<br>Chapter 11 (Subchapter V) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF DEADLINE TO FILE AND
SERVE OBJECTIONS TO APPLICATION TO APPROVE
EMPLOYMENT OF JEFFREY S. GREENBERG, ESQ. AND ROSENBERG MARTIN
GREENBERG, LLP AS SUBSTITUTE SPECIAL COUNSEL TO JPK NEWCO LLC

NOTICE IS HEREBY GIVEN that JPK NewCo, LLC ("JPK" or the "Debtor") has filed an application to employ Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP as substitute special counsel in this matter (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC

complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for October 28, 2026 at 10:00 a.m. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes Lee at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 30th day of September 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including:

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

\s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein