The order below is hereby signed.

Signed: October 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 25-00200-ELG<br>Chapter 11 (Subchapter V) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF JEFFREY S. GREENBERG, ESQ. AND ROSENBERG MARTIN GREENBERG, LLP AS SUBSTITUTE SPECIAL COUNSEL TO JPK NEWCO LLC

Upon consideration of the Application for Authority to Employ Jeffrey S. Greenberg, Esq. and Rosenberg Martin Greenberg, LLP (collectively, "RMG"), as special counsel to JPK Newco, LLC (the "Application") notice of the Application having been provided to parties in interest, the time for filing objections to the Application having passed and no objections having been filed, the Court having determined that Jeffrey S. Greenberg is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia, that Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP do not hold any interest adverse to the Debtor, and that Jeffrey

S. Greenberg and Rosenberg Martin Greenberg, LLP are disinterested persons within the meaning set forth in 11 U.S.C. § 101(14), it is this day by the United States Bankruptcy Court for the District of Columbia

ORDERED, the Debtor be, and is hereby authorized to, employ Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP as special counsel to the Debtor; and it is further

ORDERED, that, as set forth in the Application, Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP, shall not receive any compensation from the Debtor and shall only receive compensation from third-parties.

I ask for this:

\s\ Jeffrey M. Orenstein

JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

Seen:

\s\ Kristen S. Eustis

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850

Jeffrey S. Greenberg, Esq.
Rosenberg Martin and Greenberg, LLP
25 South Charles Street
21st Floor
Baltimore, Maryland 21201

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Jeremy S. Williams, Esq.
Kutak Rock LLP
1021 East Cary Street
Suite 810
Richmond, VA 23219

**END OF ORDER**