UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>Debtor. | Case No.: 25-00200-ELG<br><br>Purported Chapter 11 |
| JPK NEWCO, LLC, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEVELOPER RE1, LLC. ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10015-ELG |
| DEVELOPER RE1, LLC. ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DP CAPITAL, LLC, ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10037-ELG<br>State Court Case 2022-CAB-005935 |

## PRAECIPE TO WITHDRAW APPEARANCE

Greenstein DeLorme & Luchs, P.C. ("GDL") and Alexandria J. Smith, Esq., hereby withdraw the appearance of Ms. Smith as counsel for Developer RE1 LLC ("Developer RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy"). Ms. Smith is leaving her position at GDL effective October 30, 2026 and thereafter will have no role in any aspect of this or any other matter she has appeared in to date. As GDL will continue to represent Developer RE1 and 423

Kennedy in this matter, there will be no prejudice to the parties, or any delay, occasioned by Ms. Smith's withdrawal.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 30, 2026

/s/ Alexandria J. Smith

James D. Sadowski, DC Bar. No. 446635
Alexandria J. Smith, DC Bar. No. 1673542
801 17th Street, N.W. - Suite 1000
Washington, DC 20006
Telephone: (202) 452-1400 ext. 5407
Email: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1, LLC and 423 Kennedy St. Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day October, 2026, a true copy of the foregoing was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ Alexandria J. Smith
Alexandria J. Smith