The order below is hereby signed.

Signed: October 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 25-00200-ELG<br>Chapter 11 (Subchapter V) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF JEFFREY S. GREENBERG, ESQ. AND ROSENBERG MARTIN GREENBERG, LLP AS SUBSTITUTE SPECIAL COUNSEL TO JPK NEWCO LLC

Upon consideration of the Application for Authority to Employ Jeffrey S. Greenberg, Esq. and Rosenberg Martin Greenberg, LLP (collectively, “RMG”), as special counsel to JPK Newco, LLC (the “Application”) notice of the Application having been provided to parties in interest, the time for filing objections to the Application having passed and no objections having been filed, the Court having determined that Jeffrey S. Greenberg is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia, that Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP do not hold any interest adverse to the Debtor, and that Jeffrey

S. Greenberg and Rosenberg Martin Greenberg, LLP are disinterested persons within the meaning set forth in 11 U.S.C. § 101(14), it is this day by the United States Bankruptcy Court for the District of Columbia

ORDERED, the Debtor be, and is hereby authorized to, employ Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP as special counsel to the Debtor; and it is further

ORDERED, that, as set forth in the Application, Jeffrey S. Greenberg and Rosenberg Martin Greenberg, LLP, shall not receive any compensation from the Debtor and shall only receive compensation from third-parties.

I ask for this:

\s\ Jeffrey M. Orenstein

JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

Seen:

\s\ Kristen S. Eustis

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850

Jeffrey S. Greenberg, Esq.
Rosenberg Martin and Greenberg, LLP
25 South Charles Street
21st Floor
Baltimore, Maryland 21201

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Jeremy S. Williams, Esq.
Kutak Rock LLP
1021 East Cary Street
Suite 810
Richmond, VA 23219

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re: Case No. 25-00200-ELG
JPK Newco, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Oct 31, 2026 Form ID: pdf001 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | JPK Newco, LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| intp | + | 423 Kennedy St Holdings LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |
| intp | + | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| cr | + | RE1, LLC & 423 Kennedy St Holdings, LLC, c/o Jeremy S. Williams, Esq., Kutak Rock LLP, 1021 E Cary Street, Ste. 810 Richmond, VA 23219-4090 |
| intp | + | Russell Drazin, Pardo Drazin LLC, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| intp | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 31 2026 07:52:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 31 2026 07:47:40 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 07:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 31 2026 07:47:38 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 31 2026 07:52:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 31 2026 07:52:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

aty Maurice VerStandig

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Interested Party Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Interested Party 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Defendant Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Defendant Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| Jeffrey Greenberg | on behalf of Plaintiff WCP Fund I LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant Daniel Huertas jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant JPK NewCo LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant WCP Fund I LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | |

| | |
|---|---|
| | on behalf of Debtor In Possession JPK Newco LLC jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Plaintiff JPK NewCo LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant DP Capital LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey M. Orenstein | on behalf of Debtor In Possession JPK Newco LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Jeffrey M. Orenstein | on behalf of Attorney Wolff & Orenstein LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Jeremy S. Williams | on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Creditor RE1 LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com;lydia.yale@offitkurman.com |
| Steven Jay Willner | on behalf of Defendant DP Capital LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant JPK NewCo LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com |

| | |
|---|---|
| Steven Jay Willner | on behalf of Defendant Daniel Huertas sjw@nqgrg.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 41