**22ntcftrn**

In Re: **JPK Newco, LLC**

Case No.: **25–00200–ELG**

Chapter: **11**

United States Bankruptcy Court for the
District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280

www.dcb.uscourts.gov

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of the proceeding held on 10/19/2026 was filed on 11/10/2026 . The following deadlines apply:

1. The parties have until 11/17/2026 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037–1 is 12/1/2026 [21 days from the date of filing of the transcript].

2. If a Request for Redaction is filed, the redacted transcript is due 12/11/2026 [31 days from the date of filing the request for redaction].

3. If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/8/2027 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated: 11/10/26

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court
District of Columbia

In re: JPK Newco, LLC
Debtor

Case No. 25-00200-ELG
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2026 | Form ID: ntcftrn | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James D. Sadowski, Greenstein DeLorme & Luchs, PC, 801 17th Street, N.W., Suite 1000, Washington DC, DC 20006-3967 |
| aty | + | Jeffrey Greenberg, Rosenberg Martin Greenberg LLP, 25 S Charles St #21, Baltimore, MD 21201-3322 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 10 2026 21:52:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 10 2026 21:52:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | |

on behalf of Defendant Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Defendant 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

Jeffrey Greenberg
on behalf of Defendant Daniel Huertas jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Defendant JPK NewCo LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Defendant WCP Fund I LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Debtor In Possession JPK Newco LLC jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Plaintiff JPK NewCo LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Defendant DP Capital LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey Greenberg
on behalf of Plaintiff WCP Fund I LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey M. Orenstein
on behalf of Attorney Wolff & Orenstein LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeffrey M. Orenstein
on behalf of Debtor In Possession JPK Newco LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jeremy S. Williams
on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Defendant 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Interested Party Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Creditor RE1 LLC & 423 Kennedy St Holdings, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Interested Party 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams
on behalf of Defendant Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
on behalf of Plaintiff SF NU LLC mac@mbvesq.com,

| | |
|---|---|
| | lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com;lydia.yale@offitkurman.com |
| Steven Jay Willner | on behalf of Defendant DP Capital LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant JPK NewCo LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant Daniel Huertas sjw@nqgrg.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 35