Stephen A. Metz (463044)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
smetz@offitkurman.com
(240) 507-1723
*Subchapter V Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**JPK NEWCO, LLC,**<br><br>**Debtor.** | **Case No. 25-00200 ELG**<br><br>**(Chapter 11 – Subchapter V)** |

**NOTICE OF RESIGNATION OF SUBCHAPTER V TRUSTEE**

Stephen Metz, Subchapter V Trustee, hereby resigns as Subchapter V Trustee.

Dated: November 24, 2026

*/s/ Stephen Metz*
Stephen Metz, Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Avenue, Ste 1000W
Bethesda, MD 20814
Phone: (240) 507-1700
Email: smetz@offitkurman.com

## CERTIFICATE OF SERVICE

I hereby certify that the following creditors will receive notice of filing of this Notice or Resignation of Subchapter V Trustee, via CM/ECF, this 24th day of November 2026:

- **Kristen S. Eustis** Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Jeffrey Greenberg** jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Stephen A. Metz** smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski** jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four** USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Jeremy S. Williams** jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com
- **Steven Jay Willner** sjw@nqgrg.com

*/s/ Stephen Metz*
Stephen Metz

4920-9955-1461, v. 1