**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: JPK NEWCO, LLC | § | Case No. 25-00200 ELG |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT OF NO DISTRIBUTION

Stephen A. Metz, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

**Case Disposition:**

No plan payments were made to the trustee. The case was (Trustee resigned.)

**Key Information:** (as reported in schedules filed by the debtor(s) or otherwise found in the case record)

1) This case has been pending for 18 months.

2) Assets Abandoned (without deducting any secured claims): $0.00

3) Assets Exempt:

4) Claims Scheduled: $55,172.43

5) Claims Asserted: Not Available.

6) Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge):

**Trustee Compensation:**

The Court did not award compensation pursuant to 11 U.S.C. § 330(a).
Trustee intends to file a fee application.

I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: Nov 24, 2026

By: /s/ Stephen A. Metz
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

cf011a1b-0da9-4032-8270-d6a09725517e