**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JPK NEWCO, LLC | * | Case No. 25-00200 ELG |
| | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER DISCHARGING SUBCHAPTER V TRUSTEE**

It appearing to the Court that the Subchapter V Trustee in the above–entitled case has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he hereby is discharged from and relieved of his trust; and it is further

ORDERED, that this Order only discharges Stephen A. Metz, who has resigned his appointment as Subchapter V Trustee.

**END OF ORDER**

I ask for this:

*/s/ Stephen A. Metz*
Stephen A. Metz (463044)
Offit Kurman, P.A.
7501 Wisconsin Ave., Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

Seen and No Objection:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: *<u>/s/ Michael T. Freeman (SAM w/permission)</u>*
Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell