**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **JPK Newco, LLC,** | **Case No. 25-00200-ELG** |
| **Debtor.** | **Chapter 11 – Subchapter V** |

**NOTICE OF APPOINTMENT OF SUCCESSOR SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Monique D. Almy
Crowell & Moring LLP
600 Fifth Street, N.W.
Washington, DC 20001
Phone: (202) 624-2935
Email: malmy@crowell.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice. Ms. Almy replaces the immediately preceding Subchapter V trustee, Stephen A. Metz.

November 24, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on November 24, 2026, I electronically filed the foregoing Notice of Appointment of Successor Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Jeffrey Greenberg jgreenberg@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Jeremy S. Williams jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com;peter.barrett@kutakrock.com;tim.baird@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Steven Jay Willner sjw@nqgrg.com

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist